UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED AH

2020 JAN 17 P 4 27
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

ANTON PURISIMA and UNITED STATES OF AMERICA (THE "U.S.A.")

and

DOES 1-100,
(Collectively "Plaintiffs")

v.

COUNTY OF ARLINGTON, VIRGINIA
and
HUDSON COUNTY, NEW JERSEY
and
CITY OF NEW YORK ("CITY")
and
NEW YORK COUNTY REGISTRAR
and
DEMOCRATIC PARTY ("DEMOCRATS") ("DEMOCRAT") (POLITICAL PARTY)
and
DOES — I - 5000
and
ADAM B. SCHIFF ("28 for CA")
and
NANCY PELOSI ("12 for CA")
and
42 DEMOCRATIC PARTY CONGRESS MEMBERS AS OF 2019
and
TIM KAINE
and
MARK WARNER
and

CASE # 1:20 cv 65 (LOG/JFA)

ATTACHED EXHIBITS
TO SUPPORT THEREOF;

TO STOP THE PROCESS OF IMPEACHMENT OF PRESIDENT DONALD TRUMP;

REQUEST AN ABEYANCE;

REQUEST AN INVESTIGATION OF ALL ISSUES ALLEGED IN ATTACHED EXHIBITS;

REQUEST PROSECUTION AS DEEMS APPLICABLE of all acts alleged in Exhibits;

REQUEST TO DISQUALIFY THE VOTES OF DEMOCRAT U.S. CONGRESS MEMBERS and THE U.S. SENATE DEMOCRAT MEMBERS;

= PAGE ONE OF 6 =

BOB MENENDEZ
and
CORY BOOKER
and
DIANNE FEINSTEIN
and
KAMALA HARRIS
and
CHUCK SCHUMER
and
KIRSTEN GILLIBRAND
and
FOURTEEN (14) U.S. SENATORS OF DEMOCRATIC PARTY as of 2019

(collectively "Defendants")

) PLAINTIFFS INCORPORATES EXHIBIT "ONE" and (THE "RELATED CASES" AND "COMPLAINTS" FILED BY pro se PLAINTIFF ANTON PURISIMA HEREIN IN SIX (6) U.S. STATES, PLUS DISTRICT of COLUMBIA IN THIS ACTION)

## COMPLAINT AND REQUEST FOR INJUNCTION

I - PARTIES TO THIS COMPLAINT:

A. PLAINTIFFS:

PLAINTIFF # ONE NAME: ANTON PURISIMA
STREET ADDRESS: Care-off: 39 ERIE STREET, JERSEY CITY, NJ 07302;
Care-off: 390 NINTH AVENUE, NEW YORK, NY 10001.
COUNTY: NEW YORK, NEW YORK, and JERSEY CITY, HUDSON COUNTY

PLAINTIFF # TWO NAME: UNITED STATES OF AMERICA (THE "U.S.A.")
STREET ADDRESS: CARE-OFF: ATTORNEY GENERAL WILLIAM BAR
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20530.

= PAGE TWO OF 6 =

Defendant No. 1
Name — COUNTY OF ARLINGTON, VIRGINIA
Job or Title (if known)
Street Address — 2100 CLARENDON BOULEVARD, #302
City and County — ARLINGTON, VIRGINIA 22201
State and Zip Code — COUNTY OF ARLINGTON, VA
Telephone Number — 703-228-3120
E-mail Address (if known)

ACP

Defendant No. 2
Name — HUDSON COUNTY, NEW JERSEY
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3
Name — CITY OF NEW YORK ("CITY")
Job or Title (if known)
Street Address — NEW YORK, NEW YORK
City and County — COUNTY OF NEW YORK
State and Zip Code
Telephone Number
E-mail Address (if known)

ACP

Defendant No. 4
Name — NEW YORK COUNTY REGISTRAR
Job or Title (if known)
Street Address — NEW YORK, NEW YORK
City and County — COUNTY OF NEW YORK
State and Zip Code
Telephone Number
E-mail Address (if known)

ETC. . . . . . . . . . . . . . . .

= PAGE THREE OF 6 =

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

ACP ✓

3. The Amount in Controversy **THE COURT IS HEREBY REQUESTED TO DECIDE THE AMOUNT.**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**LAST EVENT HAPPENED AT: 2100 CLARENDON BOULEVARD, #302 ARLINGTON, VIRGINIA 22201**

B. What date and approximate time did the events giving rise to your claim(s) occur?

**DECEMBER 10, 2019 AT APPROXIMATELY 2:30 P.M.**
(Last event happened on 12/10/2019, at approximately 2:30 P.M.)

ACP ✓

= PAGE FOUR OF 6 =

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff incorporates Exhibit "ONE" to every issue alleged herein and as deemed applicable and to support thereof, and please note: This complaint will be amended as soon as possible. Due to time limitations, plaintiff requests to serve this complaint and Request for injunction by the sheriff or U.S. MARSHAL'S OFFICE TO EVERY DEFENDANT ALLEGED IN THE CAPTION IN THIS ACTION. ACP

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

AS REQUESTED HEREIN, THE CORE ISSUE IN THIS COMPLAINT IS TO STOP THE PROCESS OF IMPEACHMENT OF PRESIDENT DONALD TRUMP as well as the other issues alleged in Exhibit "ONE," as well as Request of INVESTIGATION and CRIMINAL PROSECUTION as deemed applicable and other issues alleged in EXHIBIT "ONE," IS HEREBY REQUESTED.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

UNLIMITED AND THE HONORABLE COURT HEREIN IS HEREBY REQUESTED TO DECIDE, in addition to the injunction requested. ACP

= PAGE FIVE OF 6 =

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

RESPECTFULLY SUBMITTED,

Date of signing: JANUARY 17, 2020

Signature of Plaintiff: Anton P. P.

Printed Name of Plaintiff: ANTON PURISIMA
PLAINTIFF # ONE, PRO SE
E-MAIL: ACPURISIMA@HOTMAIL.COM
CARE-OFF: 390 NINTH AVENUE, NEW YORK, NY 10001.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

= PAGE SIX OF 6 =