TO: THIS HONORABLE COURT:

ALL ADDRESSES OF MEMBER OF CONGRESS CARE-OFF TO THE SPEAKER OF THE HOUSE, HONORABLE NANCY PELOSI AS WELL AS ALL SENATE MEMBERS ALLEGED IN THE CAPTION IN THIS ACTION AS DEFENDANTS TO INCLUDE IN THIS REQUEST, DUE TO TIME LIMITATION.

Thank you.

Dated: 12/17/2020

RESPECTFULLY SUBMITTED

_[signature]_

ANTON PURISIMA,
PLAINTIFF # ONE, PRO SE
CARE-OFF: 390 NINTH AVENUE,
NEW YORK, NY 10001.

TO USE
---

CARE-OFF: HONORABLE NANCY PELOSI, SPEAKER OF THE HOUSE
235 CANNON HOB,
WASHINGTON, D.C. 20515

FILED
2020 JAN 17 P 4: 56
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA