EXHIBIT "ONE"

* Copy of: December 14, 2019 letter
Addressed to:
Hon. Nancy Pelosi, Speaker of the
                                House;
Hon. Adam B. Schiff, chairman of the
                    House Intelligence Committee;
Hon. Jerry Nadler, House Judiciary
                                Chairman

ninety-four (94) pages approximately,
to support thereof.

                                ACP
                                Jan. 17, 2020

COPY MAILED ON: JAN 07, 2020 TO: Pres. TRUMP & HON & SCHIFF
7019 1640 0000 9338 7565

ANTON PURISIMA
CARE-OFF: 39 ERIE STREET,
         JERSEY CITY, NJ 07302;
CARE-OFF: 390 NINTH AVENUE,
         NEW YORK, NY 10001
E-MAIL: ACPURISIMA @ HOTMAIL.COM

7019 1640 0000 9338 7510 & 2nd. Service:

MAILED ON:
HON. JAN. 07, 2020
NANCY PELOSI
ATTORNEY GENERAL WILLIAM BAR
7019 2970 0001 8105 5401
7019 2970 0001 8105 6552

DECEMBER 14, 2019

HONORABLE NANCY PELOSI, SPEAKER OF THE HOUSE
HONORABLE ADAM B. SCHIFF, CHAIRMAN OF THE HOUSE INTELLIGENCE
                                                      COMMITTEE
235 CANNON HOB,        2269 RAYBURN HOB,
WASHINGTON, DC 20515   WASHINGTON DC 20515;
         HONORABLE JERRY NADLER
         HOUSE JUDICIARY CHAIRMAN
         2109 RAYBURN HOUSE OFFICE BUILDING
         WASHINGTON, DC 20515

RE: REQUEST TO STOP THE IMPEACHMENT PROCESS OF
PRESIDENT DONALD TRUMP, DUE TO YOU DO NOT HAVE THE VOTES;
REQUEST THAT DEMOCRAT MEMBERS OF U.S. CONGRESS
ON BOTH HOUSES MUST BE INVESTIGATED FIRST FOR THEIR
ILLEGAL ACTS in complaints and cases filed in states Agencies,
states courts, and U.S. District courts filed in SIX (6) states of the
U.S.A.; REQUEST TO INVALIDATE THE VOTES OF DEMOCRAT MEMBERS OF CONGRESS
AND THE SENATE FROM THESE ALLEGED SIX (6) STATES—CALIFORNIA VIRGINIA,
PENNSYLVANIA, NEW JERSEY, TEXAS, and STATE OF NEW YORK DUE TO:
RETALIATION, CONSPIRACY ACTS, HARASSMENT, ELDERLY ABUSE, CORRUPT PRACTICES ACTS,
* Criminal Prosecution of these acts is hereby requested as
Deems applicable, IN EACH INCIDENT FILED IN COMPLAINTS & CASES;
EXHIBITS ATTACHED HEREWITH TO SUPPORT THEREOF;
NOTICE: This letter is a DEMAND LETTER also;
NOTICE: Case filing in court will follow to enforce
       This letter;
NOTICE: PLACES OF "DAMAGES" AND "INCIDENTS" ARE IN THE
PHILIPPINES AND IN THE U.S.A.; Therefore, these people
must be removed first, from their offices as their
alleged individuals conducted illegal acts in both countries
as well as prosecuted according to applicable laws in
BOTH COUNTRIES, AND HEREBY REQUESTED.
=PAGE ONE OF SIX =

COPY MAILED ON: JAN 30, 2020 01:17:20   AG TRUMP & AG SCHIFF

7019 1640 0000 9338 7565

ANTON PURISIMA
CARE-OFF: 39 ERIE STREET,
      JERSEY CITY, NJ 07302;
CARE-OFF: 390 NINTH AVENUE,
      NEW YORK, NY 10001
E-MAIL: ACPURISIMA @ HOTMAIL.COM

7019 1640 0000 9338 7510 & Ind. Service:

MAILED ON:
JAN. 07, 2020

HON. NANCY PELOSI
7019 2970 0001 8105 5401
ATTORNEY GENERAL WILLIAM BARR
7019 2970 0001 8105 6552

DECEMBER 14, 2019

HONORABLE NANCY PELOSI, SPEAKER OF THE HOUSE
HONORABLE ADAM B. SCHIFF, CHAIRMAN OF THE HOUSE INTELLIGENCE
                                            COMMITTEE
235 CANNON HOB,         2269 RAYBURN HOB,
WASHINGTON, DC 20515    WASHINGTON, DC 20515;
            HONORABLE JERRY NADLER
            HOUSE JUDICIARY CHAIRMAN
            2109 RAYBURN HOUSE OFFICE BUILDING
            WASHINGTON, DC 20515

RE: REQUEST TO STOP THE IMPEACHMENT PROCESS OF
PRESIDENT DONALD TRUMP, DUE TO YOU DO NOT HAVE THE VOTES;
REQUEST THAT DEMOCRAT MEMBERS OF U.S. CONGRESS
ON BOTH HOUSES MUST BE INVESTIGATED FIRST FOR THEIR
ILLEGAL ACTS in complaints and cases filed in state Agencies,
state courts, and U.S. District Courts filed in SIX (6) States Agencies,
U.S.A.; REQUEST TO INVALIDATE THE VOTES OF DEMOCRAT MEMBERS OF CONGRESS
AND THE SENATE FROM THESE ALLEGED SIX (6) STATES — CALIFORNIA, VIRGINIA,
PENNSYLVANIA, NEW JERSEY, TEXAS, and STATE OF NEW YORK DUE TO:
RETALIATION, CONSPIRACY ACTS, HARASSMENT, ELDERLY ABUSE, CORRUPT PRACTICES ACTS, ETC.
* Criminal Prosecution of these acts is hereby requested as
Deems applicable, IN EACH INCIDENT FILED IN COMPLAINTS & CASES;
EXHIBITS ATTACHED HEREWITH TO SUPPORT THEREOF;
NOTICE: This letter is a DEMAND LETTER also;
NOTICE: Case filing in court will follow to enforce
      This letter;
NOTICE: PLACES OF "DAMAGES" AND "INCIDENTS" ARE IN THE
      PHILIPPINES AND IN THE U.S.A.; Therefore, these people
      must be removed first, from their offices as these
      alleged individuals conducted illegal acts in both countries
      at well as Prosecuted according to applicable laws in
      BOTH COUNTRIES, AND HEREBY REQUESTED.
      = PAGE ONE OF SIX =

Dear SPEAKER OF THE HOUSE, CHAIRMAN OF THE HOUSE INTELLIGENCE COMMITTEE, AND HOUSE JUDICIARY CHAIRMAN:

Please Take Notice that this letter is a Request to Stop the Impeachment process of President Donald Trump, due to the following Issues and the attached EXHIBITS (papers) supporting this letter as well as Due to Democrat US Congress members their Votes to impeach the President CANNOT BE COUNTED (YOU DO NOT HAVE THE VOTES TO IMPEACH), TO BEGIN WITH.

SEE: The attached Exhibits to support this letter and my filed Complaints in SIX (6) STATES (California, Texas, Virginia, District of Columbia, New Jersey, and the State of New York) before States' Agencies; my civil cases filed before States Courts of these alleged above SIX (6) States; my U.S. District Court cases filed in these alleged above states.

Pursuant to information and belief and my personal experience and Evidence in these filed papers with states' agencies these alleged U.S. Congress members from these alleged above states are directly and/or indirectly RESPONSIBLE to all these alleged illegal acts filed therein, therefore, Their Votes to Impeach cannot Be counted as these alleged individuals belong to these above states That Violated my Rights, denied of Services, denied to Vote during election even when I am registered from the States where I reside and registered BECAUSE OF MY POLITICAL AFFILIATION I was and Still is continuously Retaliated and these Democrat U.S. Congress members from both Houses of U.S. Congress Conducted all-kinds of illegal acts against me and my family members, parents, my Relatives, and my friends from both sides of the Philippines and The U.S.A.

Therefore, VOTES OF "DEMOCRAT" U.S. CONGRESS MEMBERS from both houses SHOULD and MUST BE INVALIDATED (cannot be counted to impeach The President), AND HEREBY REQUESTED.

Please Take further Notice that due to very limited time as well as no time to prepare, I am therefore incorporates all complaints filed before state agencies, civil cases I filed in SIX (6) STATES (State & federal cases), Criminal Charges filed against Anton Punsiera in these states, TO SUPPORT ALL THE ABOVE.

= PAGE TWO OF SIX =

Please Take further notice that due to time limitation
This letter must be responded through E-MAIL AT:
ACPURISIMA@HOTMAIL.COM
IMMEDIATELY
AND ANTON PURISIMA HEREIN WILL FILE A COURT CASE, TO ENFORCE
THIS LETTER AS SOON AS POSSIBLE.

Please Take further notice that ANTON PURISIMA IS A
REPUBLICAN (POLITICAL PARTY) but he was DENIED to register as Republican,
INSTEAD HE WAS FORCED-GIVEN A CARD AS "DEMOCRAT"
SEE: Attached herewith a Copy of "INFORMATION OF VOTING PLACE"
as well as "Political Party information" as "DEM"
# 411553306

THESE ACTS COVERED-UP THE ISSUES IN MY
COMPLAINTS FILED NOT-TO-INVESTIGATE BY LABEL-
LING ME AS DEM. NOT REMBLICAN.

Election District: 045
Assembly District: 75

Please note: I do not want Democratic party because
These people corrupted the government and the people.

* Therefore, these alleged Democratic party Violated my Rights to
VOTE , attached herewith marked as EXHIBIT "ONE."

Please Take further notice that I am attaching the
Virginia freedom of Information Act (FOIA) I dated and
filled-out on December 10, 2019, but the Employees at County,
Arlington, Virginia at 2100 Clarendon Boulevard, #302 who received
my request stamped it as DEC. 09, 2019, attached herewith
marked as EXHIBIT "TWO."

Please Take further notice that this incident
on December 10, 2019 at county building, Third floor,    in
Arlington, Virginia (2100 CLARENDON BOULEVARD, #302)
Constituted as "ACTS OF RENEWALS" of ALL ACTS from on or about
1987 against Anton Purisima herein continuing to every incident
Alleged in complaints filed and civil cases filed in states'
courts and federal courts in these alleged SIX (6) states plus District
of Columbia, to the present ACTS ON DECEMBER 10, 2019 therefore, ALL
ACTS FROM THEN ON 1987, IS NOW RENEWED AS TIMELY, AND HEREBY REQUESTED.
= PAGE THREE OF SIX =

Please Take further notice on December 09, 2019,
I went to the District of Columbia Police Department
(DC POLICE BUILDING), to get a Copy of "POLICE REPORT,"
But I was Denied.
SEE: The "Corporate Support Bureau Records Branch
Public Document Section" (FORM - filled-out:
FOR: JUNE 07, 2008 INCIDENT IN D.C. that I was
INTENTIONALLY HIT BY MOTORCYCLE, while I
was Crossing the Street and I was on
Pedestrian Lane. All cars STOPPED, but the
motorcycle did not stop and intentionally hit
me, "it was not hard, I just fell on the
ground with my hands and knees on the
ground. My body and head was not involve,
And I walked straight. The "witness" Called
the ambulance and the police (both came).
See: Attached herewith marked as EXHIBIT "FIVE",
To incorporate herein and to support thereof.
I was Denied of "Police Report," on 12/09/2019.
I had the POLICE REPORT before (This was my 2nd
Time request). I was told fill-out the form and I
was Denied by the Black Female individual.
TO INCORPORATE HEREIN AND TO SUPPORT THIS LETTER.
Please Take further notice that on December 09, 2019,
After I went to get the Police Report, I went directly to
"HOWARD UNIVERSITY HOSPITAL," to get a Copy of medical

= PAGE FOUR OF SIX =

Record for the incident on JUNE 02, 2008 in D.C. But the medical Record of accident (incident on JUNE 02, 2008) was exagurated (changed). The medical Record of the incident is NOT ACCURATE. There were X-RAYS TAKEN ONLY ON JUNE 02, 2008 @ HOWARD as well as I was only seen at EMERGENCY ROOM (E.R.) and I was walking going Home. It was not hard hit I just fell to the Ground with my hands and Knees only on the ground.

SEE: medical Record of Anton Purisima at Howard University Hospital for June 02, 2008 incident.
 * Attached herewith marked as EXHIBIT "SIX".

NOTE: * This medical Record of Anton Purisima Must be investigated at the information is not accurate at changed.

See: Attached herewith Twenty-four (24) pages Approximately, to support this letter (12/14/2019).

NOTICE: This letter must immediately be served, due to TIME LIMITATION.

Thank you.

=PAGE FIVE OF SIX=

IN VIEW OF THE FOREGOING, THIS LETTER MUST ALSO BE SERVED TO EVERY MEMBER OF THE U.S. CONGRESS and The U.S. Senate, a Copy to President Donald Trump, a Copy TO the U.S. JUSTICE DEPARTMENT FOR INVESTIGATION AND PROSECUTION OF EVERY CRIMINAL ACT OR ACTS AS DEEMS APPLICABLE, IN ADDITION TO THE ABOVE ADDRESSEE.

RESPECTFULLY SUBMITTED,

ANTON PURISIMA
VOTER COMPLAINANT
CARE-OFF: 390 NINTH AVENUE,
          NEW YORK, NEW YORK 10001;
CARE-OFF: 39 ERIE STREET,
          JERSEY CITY, NEW JERSEY 07302.
E-MAIL: ACPURISIMA@HOTMAIL.COM

= PAGE SIX OF SIX =

NOTICE: This is also a Request for an INVESTIGATION as well as Request for Prosecution for all acts alleged and "Connected papers" herein; Publication is Requested as well as referral to the authorities.

ACP

# EXHIBIT "ONE"

* Copy of: Anton Purisima's Voting information from NYC
Card# 411553306
Attached herewith

ACP

NOTE:

Anton Purisima is a Republican, but he was Denied to register as Republican instead he was forced (forced-given) a card and with information to Vote for Democrats even when his Political Party is: Republican IN NEW YORK CITY (NYC)

Dated: 2018 for: Sept. 13, 2018 and
NOVEMBER 6, 2018
Election District: 045
Assembly District: 75

ACP

* Therefore, Anton Purisima (as Republican) was and still is always IS PROHIBITED TO VOTE and Denied to VOTE by these applicable County where he resides; Denied BY Democratic Party appointed county Employees

* That pursuant to information and belief conspired and corrupted the their acts by their SUPERVISORS, MANAGERS OF DEMOCRATIC PARTY (as "instigated by every DEMOCRAT MEMBER OF CONGRESS and DEMOCRAT MEMBERS OF THE U.S. SENATE").

ACP

= PAGE ONE OF TWO =
WRITTEN BY: ANTON PURISIMA

(THIS "WRONG INFORMATION" AS WELL AS "FRAUD" ACTS LABELED AGAINST
ANTON PURISIMA ISSUED IN NEW YORK CITY (NYC)) IS A COVER-UP ACTS OF CONSPIRACY
NOT TO INVESTIGATE THE ISSUES FILED WITH AGENCIES' STATE AND FEDERAL IN CA,TX,VA,PA, NJ,
NEW YORK and DISTRICT OF COLUMBIA.

NOTE: This Card was issued by the NYC Registrar, but
Anton Purisima the same way Cannot Register AND DENIED AS
Republican "anywhere" as he was & still is
Denied Continuously wherever he goes, in any County in
The U.S.A. HE WAS DENIED TO REGISTER AS REPUBLICAN and
DENIED TO VOTE, THEREFORE,
IN VIOLATION OF MY CONSTITUTIONAL RIGHTS.

**866-VOTE-NYC (866-868-3692), TTY 212-487-5496**
nyc.pollsitelocator.com
www.vote.nyc

281 9 Avenue
Accessible Entrance:
281 9 Avenue
Voter Entrance:
281 9 Avenue, New York
PS 33

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
411553306

**PRIMARY ELECTION:**
**THURSDAY, SEPTEMBER 13, 2018**
**GENERAL ELECTION:**
**TUESDAY, NOVEMBER 6, 2018**

PARTY: DEM

Anton C Purisima
390 9 Avenue
New York, NY 10001

Look for this sign at
your ED/AD table ⤵

**045**
Election District

**75**
Assembly District

note: This is WRONG INFORMATION FOR:
ANTON PURISIMA AS HE IS AND
ALWAYS REPUBLICAN (POLITICAL PARTY).
AND WILL ALWAYS VOTE FOR REPUBLICANS, &
CANDIDATES REFERRED TO.



WRITTEN BY: Anton C. P
ANTON PURISIMA
E-MAIL: ACPURISIMA@HOTMAIL.COM

= PAGE TWO OF TWO =

Copy of:
(Attached Herewith)

EXHIBIT "TWO" (COVER PAGE WITH INFORMATION)

Virginia Freedom Of Information Act (FOIA)
I filled-out on Dec. 10, 2019 and dated the same day
But the County Employee who received it
Stamped it as: Dec. 09, 2019.
I was denied to Vote in Arlington, VA
on 2008, even when I registered
Two (2) times in Arlington, Virginia
as well as lived in Arlington, Virginia."
AND BECAUSE I WAS REPUBLICAN I WAS DENIED TO
VOTE AND DENIED MY BENEFITS AND COUNTY SERVICES
AND THESE ALLEGED INDIVIDUALS AS INSTIGATED BY THEIR BOSSES
COVERED-UP NOT TO INVESTIGATE

THE ISSUES I PRESENTED TO COUNTY
EMPLOYEES @ ARLINGTON, VIRGINIA ON 2007 AND 2008
That These alleged Employees refused to
INVESTIGATE AND CONSPIRED TO COVER-UP

The issues in my complaints filed with
Them as well as filed in 5 States and federal agencies, BUT WAS NOT INVESTIGATED.
One of the issue was: I was shot when
I was moving my Van in Los Angeles
County, California That the SHERIFF, POLICE,
and District Attorney's office refused to
Investigate, wherein that incident forced me
To go to Washington, DC to report the
incident to members of Congress, But
members of Congress Denied me also, Then.
EVEN WHEN I FAXED AS WELL AS MAILED MY
COMPLAINTS WITH SUPPORTING PAPERS THEREIN, BUT
STILL I WAS DENIED. TO THIS DATE (12/14/2019) There was

NOTICE: This page is to support all issues
alleged in December 14, 2019 letter.
Dated: DEC. 14, 2019



**ARLINGTON**
VIRGINIA

## VIRGINIA FREEDOM OF INFORMATION ACT (FOIA)
## REQUEST FORM

**Requestor's Name:** *ANTON PURISIMA*

**Address & Phone Number(s) of Requestor (required):**
*CARE-OFF: 39 ERIE STREET, JERSEY CITY, NEW JERSEY 07302;*
*390 NINTH AVENUE, NEW YORK, NY 10001*
*E-MAIL: ACPURISIMA @HOTMAIL.COM*
**Address of Property(s):**

*\* NOTE: The information requested is for the Requestor Anton Purisima only.*

In accordance with the Virginia Freedom of Information Act (§ 2.2 -3700 et seq.) I am requesting
*COPY OF DOCUMENTS DURING ELECTION YEAR 2008 IN ARLINGTON, VIRGINIA. THAT INCLUDES REGISTRATION AND VOTING ON ELECTION DAY. The REQUESTOR ANTON PURISIMA alleged above was denied to vote on 2008 even when he was living in Arlington, Virginia on 2008. He registered TWO (2) Times on 2008, in Arlington, VA.*

I would also like to request that all charges for supplying the records I have requested be estimated in advance. I understand that if you determine that the charges are likely to exceed $200, I am obliged to pay that amount before you continue to process my request.

*ANTON PURISIMA*      *Anto C. P.*
**Print your name clearly**     **Sign your name**

*Dated: December 10, 2019*

Ina Chandler
Arlington County FOIA Officer
703 228-3120

**RECEIVED**
DEC 0 9 2019
703 228-3218 (fax)
BY: .............................

2100 Clarendon Boulevard, #302
Arlington, Virginia 22201
703 228-4611 (TTY)

EXHIBIT "THREE"

* Copy of : NOVEMBER 29, 2019 letter
Addressed to : James King, Case manager
mailed on : Dec. 01, 2019
AT : USPS, J. A. Farley Post office Bldg.
4 - 2 1   8Th· AVENUE,
New York, NY 10001.

* With : Return Receipt Requested
# 9590 9402 5 382
9189166846

* Certified mail # 7019 1640 0002
1785  0586

* with "Proof of Service"

* Amount of mailing : $ 12.45 (Total)
w/ TWO (2) mails
NWRK, NJ 07105 and
NRRTWN, PA 19401

* Thirty Eight (38) Pages
(APPROX.)

ANTON PURISIMA
CARE-OFF: 39 ERIE STREET,
          JERSEY CITY, NJ 07302;
CARE-OFF: 390 NINTH AVENUE,
          NEW YORK, NY 10001
E-MAIL: ACPURISIMA@HOTMAIL.COM

NOVEMBER 29, 2019

JAMES KING, CASE MANAGER
PATRICIA S. DODSZUWEIT, CLERK OF COURT
HONORABLE THEODORE A. McKEE
U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT
601 MARKET STREET,
PHILADELPHIA, PA 19106-1790

   RE: DOCKET CASE# 19-2358
       DOCKET CASE# 19-3189
       DOCKET CASE# 19-2845
            CASE# 19-2341
            CASE# 19-2342
   (ANTON PURISIMA V. NEW JERSEY TRANSIT POLICE
                     DEPARTMENT ("NJTPD"), et. al.);
   (ANTON PURISIMA, et. al. V. NEW JERSEY TRANSIT CORPORATION, et. al.);
   (ANTON PURISIMA, et. al. V. NEW JERSEY TRANSIT, et. al.);
   U.S.D.C. Case# 17-CV-5312
   U.S.D.C. Case# 18-CV-12034-CCC-MF
   U.S.D.C. Case# 18-CV-14903-CCC-MF
   CASE# MISC. NO.: 18-MC-232 (FLM)
   (IN RE: NEW JERSEY TRANSIT LITIGATION)
   * PETITION FOR REHEARING

Dear MR. JAMES KING, HONORABLE PATRICIA S. DODSZUWEIT and
HONORABLE THEODORE A. McKEE:
    This letter is a Petition for Rehearing in the above case and the
accompanying related cases and as to what case above deems applicable
        = PAGE ONE OF THREE =

JAMES KING, CASE MANAGER
7019 1640 0002 2785 0586
MAILED ON: 12/01/2019
W/ Proof of
Service
& W/ R.R.#
9590 9402 5382
9189 6684 6
Receipt #
840-51000143-1
654-9545-2
Clerk 77
$12.45
W/ Two(2) units
NWK, NJ 07105
NRR TWR, PA 19401

James A. Farley
421 8TH AVE
NY 10001

To include in the Petition for Rehearing is hereby requested.

Please Take notice that this Petition for Rehearing is supported by motions in other cases related to this action herein that were filed separately as well as supported by pro se Plaintiff — Appellant Anton Purisima's filed Complaints and civil cases before (The "investigating — agencies, State courts, and federal courts" in the states of California, Virginia, Texas, District of Columbia, New Jersey, And the State of New York), AND INCORPORATES THE SAME IN THIS PETITION FOR REHEARING AND HEREBY REQUESTED.

Additionally, Please Take further notice that this Petition for Rehearing is supported by Criminal cases filed and charged against pro se Plaintiff — Appellant Anton Purisima herein in the states of California (one case), New York (one case), and the state of New Jersey (Three (3) cases), AND INCORPORATES THE SAME IN THIS PETITION FOR REHEARING AND HEREBY REQUESTED.

Please Take further notice that the basis and the CORE ISSUE OF THIS PETITION FOR REHEARING IS (THE "DEFECTIVE PAPER" WAS USED TO LIFT AS WELL AS REINSTATE THE CASES LISTED IN THE APPENDIX IN CASE # Misc. No.: 18-mc-232 (FLW) (IN RE: NEW JERSEY TRANSIT LITIGATION), The Defective paper was the ORDER of the United States Chief District Judge, Honorable Freda L. Wolfson on July 12, 2019).

SEE: ATTACHED HEREWITH AND MARKED AS EXHIBIT "THREE" TO INCORPORATE HEREIN AS WELL AS TO SUPPORT EVERY ISSUE IN THIS PETITION FOR REHEARING.

Please Take further notice that pro se Plaintiff — Appellant Anton Purisima hereby Disagree to use the alleged "Defective Paper" (ORDER ON 7/12/2019) in this action as well as

Please Take further notice that the pro se Plaintiff — Appellant Anton Purisima Hereby DISAGREE (The "GLOBAL SETTLEMENT" of the parties under the case # Misc. No.: 18-mc-232 (FLW) (IN RE: New Jersey Transit Litigation)), and as requested in prior filing in this action, but never been acted yet by this Court, AND HEREBY REQUESTS LEAVE OF COURT TO FILE PAPERS THAT SUPPORTS THE ISSUES IN HIS CASE AND IN THIS PETITION FOR REHEARING.

= PAGE TWO OF THREE =

PLEASE TAKE FURTHER NOTICE that pro se Plaintiff-Appellant Anton Purisima hereby requests Thirty (30) Days to Submit his supplements to this Petition for Rehearing from Today's Date NOVEMBER 29, 2019 — to December 28, 2019.

Please Take further notice that pro se Plaintiff-Appellant Anton Purisima incorporates the NOVEMBER 18, 2019 letters attached Herewith marked as EXHIBIT "FOUR", to support every issue in This Request for Rehearing.

THANK YOU, YOUR HONOR.

RESPECTFULLY SUBMITTED,

ANTON PURISIMA, pro se
PLAINTIFF-APPELLANT
C/O: 39 ERIE STREET, Jersey City, NJ 07302;
C/O: 390 NINTH AVENUE, New York, NY 10001.
E-MAIL: ACPURISIMA@HOTMAIL.COM

NOTE:
EXHIBITS
1 – 4
Attached herewith
to support thereof.

* Please note: ACP
Pro se Plaintiff-Appellant Anton Purisima hereby requests to serve the parties (cases) listed in the appendix in Case# Misc. No. 18-mc-232(FLM) (IN RE: NEW JERSEY TRANSIT LITIGATION) through filing electronically. Thank you.

Dated: 12/01/2019
New York, NY.

Respectfully submitted,
ANTON PURISIMA, pro se, Plaintiff-Appellant

= PAGE THREE OF THREE =          ACP

EXHIBIT "FOUR"

Copy of: NOVEMBER 18, 2019 letter
Addressed to: Honorable Patricia S. Dods-zuweit
William. T. Walsh
from: Anton Pruisma, Plaintiff-Appellant
* Request for Reconsideration of pro se
USCA in lieu of formal MANDATE orders of
Appeal 39   Terminated & Entered: 11/13/2019
And Dismissals of the Appeals for this above cases,
ETC.

ACP

ANTON PURISIMA
CARE-OFF: 39 ERIE STREET,
          JERSEY CITY, NJ 07302;
CARE-OFF: 390 NINTH AVENUE,
          NEW YORK, NY 10001.
E-MAIL: ACPURISIMA@HOTMAIL.COM

NOVEMBER 18, 2019

HONORABLE PATRICIA S. DODS ZUWEIT
CLERK OF COURT
THIRD CIRCUIT U.S. COURT OF APPEALS
601 MARKET STREET,
PHILADELPHIA, PA 19106-1790

RE: ANTON PURISIMA V. NEW JERSEY TRANSIT, et. al.;
    ANTON PURISIMA et al. V. NEW JERSEY TRANSIT
                    CORPORATION, et. al.;
    ANTON PURISIMA V. NEW JERSEY TRANSIT POLICE
                    DEPARTMENT, et. al.
    DOCKET #: 19-3189;
    DOCKET #: 19-2845;
    DOCKET #: 19-2358;
    Case # 19-2341
    Case # 19-2342;
    Case # MISC. NO.: 18-mc-232 (FLM)
    (IN RE: NEW JERSEY TRANSIT LITIGATION);
    U.S.D.C. Case # 17-CV-5312-NLH-AMD;
    U.S.D.C. Case # 18-CV-14903-CCC-MF;
    U.S.D.C. Case # 18-CV-12034-CCC-MF;
* ATTACHED EXHIBITS TO SUPPORT THEREOF;
* REQUEST FOR RECONSIDERATION OF
  CERTIFIED ORDER OF USCA in lieu of formal
  MANDATE 41 and APPEAL 39 Terminated and Entered: 11/13/2019
  AND DISMISSALS OF THE APPEALS FOR THE ABOVE CASES,

=PAGE ONE OF SIX=

PURSUANT TO RULE 59(a)(2) of the FED. R. CIV. P. , EXPANDED TO 28 DAYS APPEAL-TIME;

* P∞ ↓ PLAINTIFF-APPELLANT ANTON PURISIMA's
→ PETITION FOR CASE-LAW-CITATIONS THAT IS APPLICABLE TO THE ISSUES TO APPLY HEREIN AND TO SUPPORT THEREOF, HEREBY REQUESTED.

* REQUEST AN STAY-ORDER FOR ALL ABOVE CASES AS WELL AS

* REQUESTS ABEYANCE FOR ALL ISSUE DUE TO PLAINTIFF-APPELLANT WILL FILE "WRITS OF CERTIORARI" for all above Cases IF IN FACT RECONSIDERATION MOTIONS ARE DENIED IN THE ABOVE ALLEGED CASES, AND HEREBY REQUESTED.

* REQUEST FILING TO EVERY CASE LISTED IN THE APPENDIX UNDER 2:18-mc-232 (JLL) (IN RE: NEW JERSEY TRANSIT LITIGATION) AND CASES COMMENCED AFTER THE ENTRY OF THE ORDER ON 03/18/2019 (DOCKET 16 OF Case #17-CV-5312-NLH-AMD).

* NOTICE: CASES LISTED IN THE APPENDIX UNDER 2:18-mc-232 (JLL) ARE ALSO LISTED (AS "EVIDENCE" IN P∞ ↓ PLAINTIFF-APPELLANT ANTON PURISIMA's APPEALED THREE (3) CASES BEFORE THE THIRD CIRCUIT) AS WELL AS HE WILL GOING TO APPEAL THESE ALLEGED THREE (3) CASES FOR "WRITS OF CERTIORARI" TO THE SUPREME COURT OF THE UNITED STATES, THEREFORE, STAY ORDER AS WELL AS AN ABEYANCE OF ALL ISSUE IN EACH CASE, IS HEREBY REQUESTED:

PAGE TWO OF SI

TO THE CLERK OF COURT OF THE THIRD CIRCUIT U.S. COURT OF APPEALS, THE CLERK OF COURT OF THE U.S.D.C. OF NEW JERSEY, ATTORNEYS OF RECORD OF ALL CASES LISTED/AND NOT LISTED IN THE APPENDIX UNDER MISC. NO.: 18-mc-232(JLL) OR (FLM) AND TO THE JUDGES OF THESE TWO (2) HONORABLE COURTS:

Please Take notice that the case # 17-CV-5312-NLH-AMD (Anton Purisima V. New Jersey Transit Police Department ("NJTPD"), et. al.) was initially filed on 07/20/2017 as incomplete because it needs to be Amended to include additional Defendants in the case as well as it was filed in order to open a case to subpoena the surveillance camera records and to start conduct the investigation at Atlantic City Bus Terminal and the facilities around the building. as well as to identify the possible additional Defendants in the alleged case. Additionally, PRESENT-PARTICIPATING-DEFENDANTS in the alleged case participated WITHOUT BEING SERVE OF SUMMONS AND COMPLAINT (WITHOUT-THE-SERVICE) as well as there was NO ORDER that the pro se Plaintiff-Appellant herein accomplished the service of summons and complaint, yet. MOVEOVER, it was requested in the initial-filing of this case alleged that this alleged case will be Amended as it needs to add more Defendants and issues in the case as well as of this time presently, the alleged case, is not amended yet. NO TIME BECAUSE THE LITIGATION WAS STOPPED AND STAYED BY THE COURT ORDER UNDER MISC. NO.: 18-mc-232(JLL) ON 03/18/2019 and (ENTERED: 03/18/2019). Therefore the alleged case herein needs to be amended to include additional Defendants and issues in the case, and hereby REQUESTED as well as MUST-START-FROM (THE "SERVICE" OF SUMMONS AND COMPLAINT) TO SERVE THE "AMENDED COMPLAINT" REQUESTED IN THE INITIAL-FILING ON 07/20/2017 in the alleged case, AND HEREBY REQUESTED.

* THE PARTICIPATING DEFENDANTS IN CASE # 17-CV-5312-NLH-AMD BYPASSED

RULE 4 (OR "something like that," TO SERVE THE "SUMMONS AND COMPLAINT," "IN THE CASE."

Please Take further notice that The DOCKET 13

ORDER OF STAY on 08/03/2018, and further ORDER OF STAY

ON 03/18/2019 DOCKET 16 SHOULD and MUST REMAIN

STAYED BECAUSE AND (DUE "TO DEFECTIVE DOCUMENT").

SEE: Attached herewith THE ORDER UNDER Misc. NO.: 18-mc-232 (FLW)

Dated: JULY 12, 2019

BY= HONORABLE FREDA L. WOLFSON
U.S. CHIEF DISTRICT JUDGE

SEE:* THE CASES LISTED IN THE APPENDIX IS MISSING.

The Case #18-CV-12034-CCC-MF

(ANTON PURISIMA, et. al. V. NEW JERSEY TRANSIT, et. al.)

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

* This above case is also appealed to the Third Circuit
as one of the THREE cases, being appealed by
Pro se Plaintiff - Appellant Anton Purisima herein before
The Third Circuit Court of Appeals,

SEE: Attached herewith marked as EXHIBIT "THREE"

four (4) pages.

* This above "ORDER" BY HONORABLE FREDA L. WOLFSON
ON JULY 12, 2019

UNDER Case# Misc. NO.: 18-mc-232 (FLW)

was missing a case in the appendix as alleged above,

Therefore, DEFECTIVE AND CANNOT BE USED To lift

the cases and reinstate the cases that were ORDERED BY

PRIOR UNITED STATES CHIEF DISTRICT JUDGE, CASES BE

STAYED. Please Take further notice that pro se Plaintiff -

Appellant Anton Purisima hereby DISAGREE TO USE THE ORDER,

PAGE FOUR OF SIX —

AND HEREBY REQUESTS A LEAVE OF COURT TO INVALIDATE AND CORRECT THE SAID ORDER, <u>TO INCLUDE</u> THE MISSING <u>CASES IN THE APPENDIX</u> as well as HEREBY REQUESTS AN ORDER that all cases listed and not listed in the appendix will remain stayed until all the issues before the Appeals Court are resolved, including WRIT OF CERTIORARI before The Supreme Court of the United States. <u>AND HEREBY REQUESTED.</u>

Please Take further notice that pro se Plaintiff-Appellant Anton Purisima incorporates the SEPTEMBER 09, 2019 letter <u>Addressed to:</u>
* Mr. JAMES KING, CASE MANAGER TEN (10) PAGES,
* TO SUPPORT THEREOF and To support <u>every issue alleged in this LETTER</u>,
* <u>AND AS:</u> "REQUEST FOR RECONSIDERATION OF CERTIFIED ORDER OF USCA in lieu of formal MANDATE <u>41</u> and <u>39</u> Terminated and AND DISMISSALS OF THE APPEALS FOR THE Entered: 11/13/2019 ABOVE CASES, PURSUANT TO RULE 59(a)(2) of The <u>FED.R. CIV.P.</u> ", ETC.
* Attached herewith marked as <u>EXHIBIT "FOUR,"</u> AND AS <u>DEEMS APPLICABLE,</u> TO SUPPORT THEREOF.

Please Take further notice that pro se Plaintiff-Appellant Anton Purisima hereby requests the clerk of Court of the Court of Appeals, for the Third Circuit and the clerk of Court of The United States District Court for the District of New Jersey, TO FILE THIS LETTER IN EACH COURT CASE LISTED IN THE APPENDIX UNDER Misc. NO.: 18-mc-232(FLW)

(IN RE: NEW JERSEY TRANSIT LITIGATION),

* AND HEREBY REQUESTED.

Please Take further notice that this letter and as REQUEST FOR RECONSIDERATION OF CERTIFIED ORDER OF USCA in lieu of formal MANDATE 41 and APPEAL 39 Terminated and Entered: 11/13/2019, AND DISMISSALS OF THE APPEALS FOR THE ABOVE CASES, ETC., PURSUANT TO RULE 59 (a)(2) of the FED. R. CIV. P., AND AS EXPANDED TO 28 DAYS APPEAL-TIME (as amended), IS THEREFORE TIMELY FILED, AND (OTHER "ITEMS REQUESTED ABOVE") HELPS.

IN VIEW OF THE FOREGOING, pro se Plaintiff-Appellant Anton Purisima hereby requests that all above issues are Granted.

RESPECTFULLY SUBMITTED,

ANTON PURISIMA, pro se
PLAINTIFF-APPELLANT
C/O: 39 ERIE STREET, Jersey City, NJ 07302;
C/O: 390 NINTH AVENUE, New York, NY 10001.
E-MAIL: ACPURISIMA@HOTMAIL.COM

COPY MAILED TO:
1. WILLIAM T. WALSH,
   U.S.D.C., N.J. CLERK OF COURT;
2. SHARON PRICE-CATES, D.A.G.;
3. JUSTIN A. BAYER;
NOTE:
Cases listed in the appendix requested to serve copy electronically.

ACP

=PAGE SIX OF SIX=