EXHIBIT "ONE"

\* Copy of: ORDER
   Case # MISC. NO.: 18-mc-232 (FLW)
   (IN RE: NEW JERSEY TRANSIT LITIGATION)
   Dated: July 12, 2019
\* "Ordered that the stay shall be lifted in all the actions listed in the Appendix."
   BY: Honorable Freda L. Wolfson
       U.S. Chief District Judge

\* Attached herewith FOUR (4) pages, to support thereof.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: NEW JERSEY TRANSIT LITIGATION | Misc. No.: 18-mc-232(FLW) <br><br> **ORDER** |

THIS MATTER having been opened to the Court by way of a Letter sent by Mr. Robert E. Myers, Esq., counsel for certain plaintiffs in cases against New Jersey Transit Corporation ("NJ Transit"), requesting that the Court lift the stay imposed on all actions in this district (*see* attached "Appendix") against NJ Transit, which stay was issued pending two decisions from the Third Circuit regarding NJ Transit's entitlement to Eleventh Amendment immunity, *see Flakker v. NJ Transit*, No. 18-2572 and *Robinson v. NJ Transit*, No. 17-3397; it appearing that since the issuance of the stay, the State of New Jersey has passed a statute entitled "New Jersey Transit Corporation Employee Protection Act," which waives NJ Transit's jurisdictional and/or sovereign immunity as it relates to the Federal Employers' Liability Act and the Federal Railroad Safety Act; it appearing that because these stayed-actions have brought suit under these two relevant federal statutes, NJ Transit can no longer assert Eleventh Amendment immunity, and as such, it is unnecessary to await the Third Circuit's decisions regarding the immunity issue; it appears that an application has been made to the Third Circuit for the dismissal of those pending appeals as moot; accordingly,

IT IS on this 12th day of July, 2019,

ORDERED that the stay shall be lifted in all the actions listed in the Appendix, and they shall be reinstated to the active docket of the district judges to which the cases are originally assigned;

ORDERED that the Clerk of the Court shall file this Order on the dockets for all of the cases listed in the Appendix.

Hon. Freda L. Wolfson
U.S. Chief District Judge

## APPENDIX

### Cases Assigned to the Camden Vicinage

| | |
|---|---|
| 17-407 (JHR) | Dallis v. NJ Transit Corporation, *et al.* |
| 17-3783 (RBK) | Burnett v. National Railroad Passenger Corporation, *et al.* |
| 17-5312 (NLH) | Purisima v. NJ Transit Police Department, *et al.* |
| 18-11166 (JBS) | Rodriguez v. State of New Jersey, *et al.*, |
| 18-11888 (RBK) | Haber v. New Jersey Transit, *et al.* |

### Cases Assigned to the Trenton Vicinage

| | |
|---|---|
| 14-2119 (BRM) | Linton v. New Jersey Transit Rail Operations, Inc. |
| 17-5513 (PGS) | Bentivegna v. New Jersey Transit Rail Operations, Inc. |
| 18-9203 (FLW) | Pedlow, *et al.* v. City of New Brunswick, *et al.* |

### Cases Assigned to the Newark Vicinage

| | |
|---|---|
| 12-6698 (KM) | Moncrease v. New Jersey Transit Rail Operations, Inc. |
| 13-1544 (JLL) | Robinson, *et al.* v. New Jersey Transit Rail Operations, Inc., *et al.* |
| 14-5706 (ES) | Tramontano, *et al.* v. New Jersey Transit Rail Operations, Inc. |
| 14-6877 (JMV) | Chehade v. New Jersey Transit Rail Operations, Inc. |
| 15-2957 (WHW) | Milbauer v. New Jersey Transit Rail Operations, Inc. |
| 15-5350 (MCA) | D'Angiolillo v. New Jersey Transit Rail Operations, Inc. |
| 16-596 (JMV) | Guererra v. New Jersey Transit Rail Operations, Inc. |
| 16-615 (ES) | Mayers v. New Jersey Transit Rail Operations, Inc. |
| 16-1820 (MCA) | Culkin v. New Jersey Transit Rail Operations, Inc. |
| 16-2088 (JLL) | Galley v. NJ Transit Rail Operations, Inc. |
| 16-3373 (SCM) | Maher v. New Jersey Transit Rail Operations, Inc. |
| 16-4218 (JMV) | Moncrease v. New Jersey Transit Railroad Operations, Inc. |
| 16-5308 (SDW) | Rivera v. New Jersey Transit, *et al.* |
| 16-7257 (CCC) | Jimenez v. New Jersey Transit Rail Operations, Inc. |
| 16-8882 (JMV) | Nurge v. New Jersey Transit Rail Operations, Inc. |

| | |
|---|---|
| 16-8947 (CCC) | Dukes v. New Jersey Transit, *et al.* |
| 17-934 (JMV) | Behling v. New Jersey Transit Rail Operations, Inc. |
| 17-1407 (ES) | Williams v. New Jersey Transit Rail Operations, *et al.* |
| 17-2830 (SDW) | Apadula v. New Jersey Transit Rail Operations, Inc. |
| 17-3307 (WHW) | DeMusso v. New Jersey Transit Rail Operations, Inc. |
| 17-4264 (ES) | Gooding v. New Jersey Transit Rail Operations, Inc. |
| 17-4609 (CCC) | Holmes v. New Jersey Transit Rail Operations, Inc. |
| 17-5250 (KM) | Campbell v. New Jersey Transit Rail Operations, Inc. |
| 17-5383 (ES) | Byers v. New Jersey Transit Rail Operations, Inc. |
| 17-5566 (ES) | Albanese v. New Jersey Transit Rail Operations, Inc. |
| 17-6565 (SDW) | Leonard v. New Jersey Transit Rail Operations, Inc. |
| 17-7181 (KM) | Joy v. New Jersey Transit Rail Operations, Inc. |
| 17-7184 (SDW) | Genovese v. New Jersey Transit Rail Operations, Inc. |
| 17-7698 (KSH) | McDonnell v. New Jersey Transit Rail Operations |
| 18-2430 (MCA) | Melendez v. NJ Transit Rail Operations, Inc. |
| 18-2834 (KM) | Nanney v. NJ Transit Rail Operations, Inc. |
| 18-3818 (WJM) | Foti v. New Jersey Transit Rail Operations, Inc. |
| 18-4114 (JLL) | Vares v. New Jersey Transit Rail Operations, Inc. |
| 18-7939 (KSH) | Powers v. NJ Transit Rail Operations, Inc. |
| 18-8720 (ES) | Bonelli v New Jersey Transit Rail Operations, Inc., *et al.* |
| 18-9596 (CCC) | Soto v. New Jersey Transit Rail Operations, Inc. |
| 18-11428 (CCC) | DeFeo, *et al.* v. County of Middlesex, *et al.* |
| 18-11571 (CCC) | Moncrease v. New Jersey Transit Railroad Operations, Inc. |
| 18-11652 (WJM) | McGinnis v. New Jersey Transit Railroad Operations, Inc. |
| 18-12002 (JMV) | Chaparro v. New Jersey Transit Rail Operations, Inc. |
| 18-14903 (CCC) | Purisima v. New Jersey Transit Corporation, *et al.* |
| 18-16835 (MCA) | Coleman v. New Jersey Transit, *et al.* |
| 18-16974 (JMV) | Tyler-Lemon v. New Jersey Transit Corporation, *et al.* |