UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
ALL

---

ANTON PURISIMA and UNITED
STATES OF AMERICA (THE "U.S.A")
and
DOES 1-100,
(Collectively "Plaintiffs")

V.

COUNTY OF ARLINGTON, VIRGINIA
and
HUDSON COUNTY, NEW JERSEY
and
CITY OF NEW YORK ("CITY")
and
NEW YORK COUNTY REGISTRAR
and
DEMOCRATIC PARTY ("DEMOCRATS")
("DEMOCRAT") (POLITICAL PARTY)
and
DOES 1-5000
and
ADAM B. SCHIFF ("28 for CA")
and
-JERRY NADLER *
and
NANCY PELOSI ("12 for CA")
and
TIM KAINE
and
MARK WARNER

2020 JAN 23 P 4: 34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE # 1:20-CV-00065-LO-JFA

AMENDED COMPLAINT

ATTACHED EXHIBITS TO
SUPPORT THEREOF;

PLAINTIFFS INCORPORATES
EXHIBIT "TWO"
Attached Herewith;

NOTICE: Additional Defendants
Herein is marked by circle
on their Political party:
(DEMOCRATIC) that alleged
Defendants are numbered by
Their District from their state,
where they are Representing as
"DEMOCRATIC REPRESENTATIVE" and/
or as "DEMOCRATIC SENATOR.";

NOTICE: Plaintiffs hereby Requests this
HONORABLE COURT TO ASSIGN
APPLICABLE NUMBERS TO EACH
NAMED DEFENDANT IN THIS
ACTION;

NOTICE: PLAINTIFFS' RIGHTS ARE
PRICELESS IN THIS ACTION,
CANNOT BE REPAIRED BY
MONEY, THEREFORE, PRICELESS;

= PAGE ONE OF 63 =

ROBERT MENENDEZ
and
CORY A. BOOKER
and
DIANNE FEINSTEIN
and
KAMALA D. HARRIS •
and
CHARLES E. SCHUMER •
and
KIRSTEN GILLIBRAND
and
WASHINGTON, DISTRICT OF •
COLUMBIA ("D.C.") ("DISTRICT")
("Washington national")
("Washington, D.C.")
and
CORPORATE SUPPORT BUREAU RECORDS •
BRANCH PUBLIC DOCUMENT SECTION
and     (D.C. POLICE BUILDING)
HOWARD UNIVERSITY HOSPITAL •
and
DR. FERNANDO DANIELS •
("PHYSICIAN")
and
HASAN NABHANI ("MD") •
("MD: HASAN NABHANI")
and
CITY OF LOS ANGELES ("CITY") •
and

) NOTICE: fifty-one percent of
proceeds in this action is
Hereby DONATED TO
PLAINTIFF # TWO, BY
PLAINTIFF # ONE;

=PAGE TWO OF 63=

LOS ANGELES COUNTY ("COUNTY") .
("LA COUNTY")
         and
LOS ANGELES UNIFIED SCHOOL DISTRICT .
  ("LAUSD")
         and
CALIFORNIA STATE UNIVERSITY, .
LOS ANGELES ("CSU, LA") ("CSULA")
         and
STATE OF CALIFORNIA ("STATE") .
         and
COLORADO CITY, TEXAS ("CITY") .
         and
MITCHELL COUNTY, TEXAS ("COUNTY") .
         and
KERN COUNTY, CALIFORNIA .
         and
HUDSON COUNTY COMMUNITY COLLEGE .
  ("HCCC"), NEW JERSEY
   JERSEY CITY, NEW JERSEY
         and
CITY OF PHILADELPHIA ("CITY") .
         and
COUNTY OF ATLANTIC, NEW JERSEY .
         and
CITY OF ATLANTIC CITY, NEW JERSEY .
  ("CITY")    and    STATE OF NEW JERSEY ("STATE") 'and


            = PAGE THREE OF 63 =

KAMRHAN GOHARI ("GOHARI").
        and
DELFIN CAPALAC ("CAPALAC") and CRST, INC.
        and
ROLAND ABILO ("ABILO")
        and
EFRIN MAMARIL ("MAMARIL")
        and
MEL RECANA ("RECANA")
("JUDGE RECANA") ("MEL") ("SUPERIOR COURT JUDGE")
        and
LORENZO MIRANDA, JR.
("ATTORNEY LORENZO MIRANDA")
("MIRANDA") ("ATTY. MIRANDA")
        and

CORY AQUINO, President of
The Philippines ("CORY AQUINO")
("CORAZON AQUINO, President of
The Philippines")
        and
BENIGNO AQUINO, III
Philippines' President
("President Benigno Aquino, III")
        and
ALPHA PHI OMEGA fraternity ("APO")
        and
BARACK OBAMA, President of
The United States of America
(for the incident on JUNE 02, 2008), as INSTIGATOR & CONSPIRATOR OF ALL ACTS,
                                                                    AS RETALIATION.
        · and
            = PAGE FOUR OF 63 =

JOE BIDEN, VICE PRESIDENT OF THE UNITED STATES OF AMERICA ("VICE PRESIDENT") — This Defendant is Responsible — AS INSTIGATOR & CONSPIRATOR (for "the JUNE 02, 2008" incident) (intentionally hit by motorcycle when plaintiff was) pursuant to information and belief and hereinafter alleged and THE INCIDENT ON JUNE 02, 2008 WAS A FRAMED-UP HIT AS RETALIATION.

MICHAEL BLOOMBERG, MAYOR OF NEW YORK CITY ("MAYOR OF NYC") ("BLOOMBERG") AS INSTIGATOR & CONSPIRATOR (for illegal Criminal-charge, illegal prosecution on NYC Train when Pro se PLAINTIFF ANTON PURISIMA WAS A PASSENGER AND JUST SITTING ON TRAIN. Plaintiff herein was illegally searched PICKED-UP, HAND-CUFFED, Transported to police station, illegally searched his papers, medications searched illegally, as well as FINGER-PRINTED, JAILED WITH VERY DIRTY INDIVIDUAL inside the jail as well as insulted by Chinese-Police-Officer NYPD as well as issued citation to appear in Court, after the JAIL-TIME)

PLAINTIFFS INCORPORATES (THE "RELATED CASES" FILED BY pro se PLAINTIFF ANTON PURISIMA HEREIN IN NEW YORK (SDNY) and (EDNY), NOTICE OF CLAIM FILED IN NYC COMPTROLLER'S OFFICE; Complaints filed before NYC Human Rights Commission, complaints, and Cases filed with "before" in Six (6) U.S. States plus District of Columbia (State and federal Cases) (complaints & cases). TO SUPPORT THEREOF.

WHEN DEFENDANT MICHAEL BLOOMBERG WAS THE MAYOR OF NYC, NEW YORK CITY.

PLEASE NOTE: IN NEW YORK CITY, That alleged incident happened after the intentional-motorcycle-hit-incident in D.C. (Therefore, "CONTINUING ACTS OF TERRORISM FROM D.C.")

DEFENDANT MICHAEL BLOOMBERG WAS and still is responsible to all acts alleged herein as the mayor and INSTIGATOR, CONSPIRATOR OF EVERY ACT OR ACTS OF HIS CODEFENDANTS HEREIN, PURSUANT TO INFORMATION AND BELIEF and Herein after alleged as well as personal experience as a "VICTIM," BY pro se PLAINTIFF ANTON PURISIMA HEREIN. THEREFORE, AN INVESTIGATION AS WELL AS CRIMINAL PROSECUTION IS HEREBY REQUESTED.

=PAGE FIVE OF 63=

ELAINE LURIA
    SECOND DISTRICT, VIRGINIA
        and
ROBERT "BOBBY" SCOTT
    THIRD DISTRICT, VIRGINIA
        and
DONALD McEACHIN
    FOURTH DISTRICT, VIRGINIA

        and
ABIGAIL SPANBERGER
    7TH. DISTRICT, VIRGINIA

        and
DONALD BEYER
    8TH. DISTRICT, VIRGINIA

        and
JENNIFER WEXTON
    10TH. DISTRICT, VIRGINIA

        and
JERALD CONNOLLY
    11TH. DISTRICT, VIRGINIA

        and
DONALD NORCROSS
        "1," NEW JERSEY

        and
JEFF VAN DREW
        "2," NEW JERSEY

        and
ANDY KIM
    "3," NEW JERSEY
        = PAGE SIX OF 63 =

JOSH GOTTHEIMER
"5," NEW JERSEY

and

FRANK PALLONE
"6," NEW JERSEY

and

TOM MALINOWSKI
"7," NEW JERSEY

and

ALBIO SIRES
"8," NEW JERSEY

and

BILL PASCRELL
"9," NEW JERSEY

and

DONALD PAYNE, JR.
"10," NEW JERSEY

and

MIKE SHERRILL
"11," NEW JERSEY

Salud Carbajal "24 for CA" (Democratic)

Julia Brownley "26 for CA" Dem

Judy CHU "27 for CA" Dem

Tony Cardenas "29 for CA" Dem
(L.A. City Council)  (San Fernando Valley)

Brad Sherman "30 for CA"

Jerry McNerney "31 for CA" Dem

Josh Harder "10 for CA"

Mark DeSaulnier "11 for CA"

Barbara Lee "13 for CA"

Jackie Speier "14 for CA"

ERIC Swalwell "15 CA"

JIM COSTA "16 for CA"

RO KHANNA "17 for CA"

ANNA ESHOO "18 for CA"

ZOE LOFGREN "19 for CA"

JIMMY PANETTA "20 for CA"

T-J COX "21 for CA"

= PAGE EIGHT OF 63 =

✓ SUSAN DAVIS "53 for CA"

✓ ✗ DIANA ~~DE GETTE~~ "1

✓ ✗ ~~JOE NEGUSE~~ "2       } "Colorado"

✓ ✗ ~~JASON CROW~~ "6

✓ ✗ ~~ED PERLMUTTER~~ "7

✓ ✗ Katie Porter       "1 Conn"

✓ LOU CORREA      "46 for CA"

✓ ALAN LOWENTHAL "47 for CA"

✓ HARLEY ROUDA    "48 for CA"
✓ MIKE LEVIN      "49 " "

✓ JUAN VARGAS "51 " ""

– SCOTT PETERS "52 " "

✓ GIL CISNEROS "39 " "

✓ LINDA SANCHEZ      " "

– LUCILLE ROYBAL-ALLARD "40 " "
MARK TAKANO " 41 " ""

ACP

= PAGE NINE OF 63 =

BONNIE WATSON "12 for N√"
COLEMAN

NY

THOMAS SUOZZI "3 for NY"

ACP

= PAGE TEN OF 63 =

DORIS MATSUI "6 for CA"

AMI BERA "7 for CA"

N J

~~DONALD NORCROSS~~ "1

~~JEFF VAN DREW~~ "2

~~ANDY KIM~~ "3

~~JOSH GOTTHEIMER~~ "5

FRANK PALLONE "6

TOM MALINOWSKI "7

~~ALBIO SIRES~~ "8

~~BILL PASCRELL~~ "9

~~DONALD PAYNE, JR.~~ "10

~~MIKIE SHERRILL~~ "11

Copied ~~✗✗~~
(included)

KY

= PAGE ELEVEN OF 63 =

KEN CALVERT "42 for CA"

MAXINE WATERS "43 for CA"

NANETTE BARRAGAN "44 for CA"

PETE AGUILAR "45 for CA"

GRACE NAPOLITANO "32 for CA"

TED LIEU "33 for CA"

JIMMY GOMEZ "34 for CA"

NORMA TORRES "35 for CA"

RAUL RUIZ "36 for CA"

KAREN BASS "37 for CA"

JARED HUFFMAN "2 for CA"

JHON GARAMENDI "3 for CA"

MIKE THOMPSON "5 for CA"   ═PAGE TWELVE OF 63═

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Josh Gottheimer | | | (BA) Pembroke College, Oxford Harvard University (JD) | | | |
| New Jersey 6 | Frank Pallone | Democratic | Long Branch, New Jersey city council, New Jersey Senate | Middlebury College (BA) Tufts University (MA) Rutgers University –Camden (JD) | 1988 (Special) | New Brunswick | 1951 |
| New Jersey 7 | Tom Malinowski | Democratic | Assistant Secretary of State for Democracy, Human Rights, and Labor | University of California, Berkeley (BA) St Antony's College, Oxford (MPhil) | 2019 | Rocky Hill | 1965 |
| New Jersey 8 | Albio Sires | Democratic | Mayor of West New York New Jersey General Assembly | Saint Peter's University (BA) Middlebury College (MA) | 2006 (Special) | West New York | 1951 |
| New Jersey 9 | Bill Pascrell | Democratic | New Jersey General Assembly, Mayor of Paterson, New Jersey | Fordham University (BA, MA) | 1997 | Paterson | 1937 |
| New Jersey 10 | Donald Payne Jr. | Democratic | Newark, New Jersey Municipal Council, Essex County, New Jersey Freeholder | Kean University | 2012 (Special) | Newark | 1958 |
| New Jersey 11 | Mikie Sherrill | Democratic | Assistant United States Attorney for the District of New Jersey U.S. Navy helicopter pilot | United States Naval Academy (BS) London School of Economics (MSc) Georgetown University (JD) | 2019 | Montclair | 1972 |
| New Jersey 12 | | Democratic | New Jersey General Assembly | Rutgers University Thomas Edison State University (BA) | 2015 | Ewing Township | 1945 |

= PAGE THIRTEEN OF 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Steven Horsford | | | | | | |
| New Hampshire 1 | Chris Pappas | Democratic | New Hampshire Executive Council Treasurer of Hillsborough County, New Hampshire New Hampshire House of Representatives | Harvard University (BA) | 2019 | Manchester | 1980 |
| New Hampshire 2 | Ann McLane Kuster | Democratic | Attorney Lobbyist | Dartmouth College (BA) Georgetown University (JD) | 2013 | Hopkinton | 1956 |
| New Jersey 1 | Donald Norcross | Democratic | New Jersey Senate New Jersey General Assembly | Camden County College | 2014 (Special) | Camden | 1958 |
| New Jersey 2 | Jeff Van Drew | Democratic | New Jersey Senate New Jersey General Assembly | Rutgers University, New Brunswick (BS) Fairleigh Dickinson University (DMD) | 2019 | Dennis Township | 1953 |
| New Jersey 3 | Andy Kim | Democratic | National security advisor | Deep Springs College University of Chicago (BA) Magdalen College, Oxford (MPhil, PhD) | 2019 | Bordentown | 1982 |
| New Jersey 4 | Chris Smith | Republican | Retail executive | The College of New Jersey (BS) | 1981 | Hamilton Township, Mercer County | 1953 |
| New Jersey 5 | | Democratic | Lawyer Political aide | University of Pennsylvania | 2017 | Wyckoff | 1975 |

41

= PAGE FOURTEEN OF 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | **Greg Gianforte** | | | | | | |
| Nebraska 1 | **Jeff Fortenberry** | Republican | Lincoln, Nebraska city council businessman | Louisiana State University (BA) Georgetown University (MPP) Franciscan University (ThM) | 2005 | Lincoln | 1960 |
| Nebraska 2 | **Don Bacon** | Republican | U.S. Air Force Brigadier General | Northern Illinois University (BA) University of Phoenix (MBA) National Defense University (MA) | 2017 | Papillion | 1963 |
| Nebraska 3 | **Adrian Smith** | Republican | Gering, Nebraska City Council, Nebraska Legislature | Liberty University University of Nebraska –Lincoln (BA) | 2007 | Gering | 1970 |
| Nevada 1 | **Dina Titus** | Democratic | U.S. House, Nevada Senate | College of William & Mary (BA) University of Georgia (MA) Florida State University (PhD) | 2013 | Las Vegas | 1950 |
| Nevada 2 | **Mark Amodei** | Republican | Nevada Senate Nevada Assembly | University of Nevada, Reno (BA) University of the Pacific (JD) | 2011 (Special) | Carson City | 1958 |
| Nevada 3 | **Susie Lee** | Democratic | Education advocate | Carnegie Mellon University (BA, MS) | 2019 | Las Vegas | 1966 |
| Nevada 4 | | Democratic | U.S. House, Nevada Senate | University of Nevada, Reno (BA) | 2019 | Las Vegas | 1973 |

= PAGE FIFTEEN OF 63 =

**40**

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Ann Wagner | | | | | | |
| Missouri 3 | Blaine Luetkemeyer | Republican | Missouri House of Representatives, State Tourism Director | Lincoln University, Missouri (BA) | 2009 | St. Elizabeth | 1952 |
| Missouri 4 | Vicky Hartzler | Republican | Missouri House of Representatives | University of Missouri (BS) University of Central Missouri (MS) | 2011 | Harrisonville | 1960 |
| Missouri 5 | Emanuel Cleaver | Democratic | Mayor of Kansas City, Missouri Pastor Radio show host | Prairie View A&M University (BS) Saint Paul School of Theology (MDiv) | 2005 | Kansas City | 1944 |
| Missouri 6 | Sam Graves | Republican | Missouri Senate | University of Missouri (BS) | 2001 | Tarkio | 1963 |
| Missouri 7 | Billy Long | Republican | Auctioneer | University of Missouri | 2011 | Springfield | 1955 |
| Missouri 8 | Jason Smith | Republican | Missouri House of Representatives | University of Missouri (BS) Oklahoma City University (JD) | 2013 (Special) | Salem | 1980 |
| Montana at-large | | Republican | Business owner | Stevens Institute of Technology (BS, MS) | 2017 (Special) | Bozeman | 1961 |

=PAGE SIXTEEN OF 63=

39

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| Minnesota 7 | Collin Peterson | Democratic | Certified Public Accountant Minnesota Senate | Minnesota State University Moorhead (BA) | 1991 | Moorhead | 1944 |
| Minnesota 8 | Pete Stauber | Republican | St. Louis County, Minnesota County Commission Police lieutenant Professional hockey player | Lake Superior State University (BA) | 2019 | Hermantown | 1966 |
| Mississippi 1 | Trent Kelly | Republican | District attorney, Tupelo, Mississippi City prosecutor Army National Guard Colonel | East Central Community College University of Mississippi (BA, JD) United States Army War College (MA) | 2015 (Special) | Saltillo | 1966 |
| Mississippi 2 | Bennie Thompson | Democratic | Alderman and Mayor of Bolton, Mississippi Hinds County, Mississippi Board of Supervisors | Tougaloo College (BA) Jackson State University (MS) | 1993 (Special) | Bolton | 1948 |
| Mississippi 3 | Michael Guest | Republican | District Attorney for Madison County, Mississippi and Rankin County, Mississippi Counties | Mississippi State University (BS) University of Mississippi (JD) | 2019 | Brandon | 1970 |
| Mississippi 4 | Steven Palazzo | Republican | Mississippi House of Representatives | University of Southern Mississippi (BA, MPA) | 2011 | Gulfport | 1970 |
| Missouri 1 | Lacy Clay | Democratic | Missouri Senate Missouri House of Representatives | University of Maryland, College Park (BA) | 2001 | St. Louis | 1956 |
| Missouri 2 | | Republican | U.S. Ambassador to Luxembourg | University of Missouri (BS) | 2013 | Ballwin | 1962 |

= PAGE SEVENTEEN OF 63 =

38

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| Michigan 14 | Brenda Lawrence | Democratic | Mayor of Southfield, Michigan | University of Detroit Mercy Central Michigan University (BA) | 2015 | Southfield | 1954 |
| Minnesota 1 | Jim Hagedorn | Republican | Director for Legislative and Public Affairs for the Financial Management Service, United States Department of the Treasury Congressional Affairs Officer, Bureau of Engraving and Printing | George Mason University (BA) | 2019 | Blue Earth | 1962 |
| Minnesota 2 | Angie Craig | Democratic | Medical technology executive reporter | University of Memphis (BA) | 2019 | Eagan | 1972 |
| Minnesota 3 | Dean Phillips | Democratic | Businessman | Brown University (BA) University of Minnesota (MBA) | 2019 | Deephaven | 1969 |
| Minnesota 4 | Betty McCollum | Democratic | North St. Paul City Council Minnesota House of Representatives | St. Catherine University (BA) | 2001 | Saint Paul | 1954 |
| Minnesota 5 | Ilhan Omar | Democratic | Minnesota House of Representatives | North Dakota State University (BA) | 2019 | Minneapolis | 1981 |
| Minnesota 6 | Tom Emmer | Republican | Minnesota House of Representatives | Boston College University of Alaska Fairbanks (BA) William Mitchell College of Law (JD) | 2015 | Delano | 1961 |

37

= PAGE EIGHTEEN OF 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Fred Upton | | | | | | |
| Michigan 7 | Tim Walberg | Republican | U.S. House Michigan House of Representatives | Western Illinois University Moody Bible Institute Taylor University (BA) Wheaton College, Illinois (MA) | 2011 | Tipton | 1951 |
| Michigan 8 | Elissa Slotkin | Democratic | Assistant Secretary of Defense for International Security Affairs | Cornell University (BA) Columbia University (MA) | 2019 | Holly | 1976 |
| Michigan 9 | Andy Levin | Democratic | Attorney | Williams College (BA) University of Michigan, Ann Arbor (MA) Harvard University (JD) | 2019 | Bloomfield | 1960 |
| Michigan 10 | Paul Mitchell | Republican | Businessman | Michigan State University (BA) | 2017 | Dryden Township | 1961 |
| Michigan 11 | Haley Stevens | Democratic | Presidential Task Force on the Auto Industry | American University (BA, MA) | 2019 | Rochester Hills | 1983 |
| Michigan 12 | Debbie Dingell | Democratic | Lobbyist | Georgetown University (BS, MS) | 2015 | Dearborn | 1953 |
| Michigan 13 | Rashida Tlaib | Democratic | Michigan House of Representatives | Wayne State University (BA) Thomas M. Cooley Law School (JD) | 2019 | Detroit | 1976 |

=PAGE NINETEEN of 63 =

**36**

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Stephen F. Lynch | | | University (MPA) | | | |
| Massachusetts 9 | Bill Keating | Democratic | Massachusetts House of Representatives Massachusetts Senate Norfolk County, Massachusetts District Attorney | Boston College (BA, MBA) Suffolk University (JD) | 2011 | Bourne | 1952 |
| Michigan 1 | Jack Bergman | Republican | U.S. Marine Corps Lieutenant General | Gustavus Adolphus College (BA) University of West Florida (MBA) | 2017 | Watersmeet | 1947 |
| Michigan 2 | Bill Huizenga | Republican | Michigan House of Representatives | Calvin College (BA) | 2011 | Zeeland | 1969 |
| Michigan 3 | Justin Amash | Independent | Michigan House of Representatives | University of Michigan (BA, JD) | 2011 | Cascade Township | 1980 |
| Michigan 4 | John Moolenaar | Republican | Michigan Senate Michigan House of Representatives | Hope College (BS) Harvard University (MPA) | 2015 | Midland | 1961 |
| Michigan 5 | Dan Kildee | Democratic | Genesee County, Michigan Treasurer | University of Michigan–Flint Central Michigan University (BS) | 2013 | Flint Township | 1958 |
| Michigan 6 | | Republican | U.S. government administrator | University of Michigan (BA) | 1987 | St. Joseph | 1953 |

35

= PAGE TWENTY OF 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Richard Neal | | Mayor of Springfield, Massachusetts | Holyoke Community College American International College (BA) University of Hartford (MA) | | | |
| Massachusetts 2 | Jim McGovern | Democratic | Congressional staff member | American University (BA, MPA) | 1997 | Worcester | 1959 |
| Massachusetts 3 | Lori Trahan | Democratic | Businesswoman, Chief of Staff to Rep. Marty Meehan | Georgetown University (BA) | 2019 | Westford | 1973 |
| Massachusetts 4 | Joe Kennedy III | Democratic | Prosecutor Assistant district attorney | Stanford University (BA) Harvard University (JD) | 2013 | Brookline | 1980 |
| Massachusetts 5 | Katherine Clark | Democratic | Massachusetts Senate Massachusetts House of Representatives Attorney | St. Lawrence University (BA) Cornell University (JD) Harvard University (MPA) | 2013 (Special) | Melrose | 1963 |
| Massachusetts 6 | Seth Moulton | Democratic | Businessman activist U.S. Marine Corps Captain | Harvard University (BS, MBA, MPP) | 2015 | Salem | 1978 |
| Massachusetts 7 | Ayanna Pressley | Democratic | Boston City Council | Boston University | 2019 | Dorchester | 1974 |
| Massachusetts 8 | | Democratic | Massachusetts Senate Massachusetts House of Representatives | Wentworth Institute of Technology (BS) Boston College (JD) Harvard | 2001 (Special) | Boston | 1955 |

34

= PAGE TWENTY-ONE OF 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| Maryland 1 | Andy Harris | Republican | Maryland State Senate Anesthesiologist | Johns Hopkins University (BS, MD, MHS) | 2011 | Cockeysville | 1957 |
| Maryland 2 | Dutch Ruppersberger | Democratic | Baltimore County Executive Chief of the Office of Investigative Division for Maryland's Department of Justice Baltimore County Assistant State's Attorney | Baltimore City College University of Maryland, College Park (BA) University of Baltimore (JD) | 2003 | Baltimore | 1946 |
| Maryland 3 | John Sarbanes | Democratic | Attorney, Law Clerk | Princeton University (BA) Harvard University (JD) | 2007 | Towson | 1962 |
| Maryland 4 | Anthony G. Brown | Democratic | Lieutenant Governor of Maryland Maryland House of Delegates | Harvard University (BA, JD) | 2017 | Lanham | 1961 |
| Maryland 5 | Steny Hoyer | Democratic | President of the Maryland State Senate, Maryland Board of Higher Education | University of Maryland, College Park (BA) Georgetown University (JD) | 1981 (Special) | Mechanicsville | 1939 |
| Maryland 6 | David Trone | Democratic | Businessman | Furman University (BA) University of Pennsylvania (MBA) | 2019 | Potomac | 1955 |
| Maryland 7 | Vacant | | | | | | |
| Maryland 8 | Jamie Raskin | Democratic | Maryland State Senate Majority Whip | Harvard University (BA, JD) | 2017 | Takoma Park | 1962 |
| Massachusetts 1 | | Democratic | | | 1989 | Springfield | 1949 |

33

PAGE TWENTY-TWO OF 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| Louisiana 1 | Steve Scalise | Republican | Louisiana State Senate Louisiana House of Representatives | Louisiana State University (BS) | 2008 (Special) | Jefferson | 1965 |
| Louisiana 2 | Cedric Richmond | Democratic | Louisiana House of Representatives | Morehouse College (BA) Tulane University (JD) | 2011 | New Orleans | 1973 |
| Louisiana 3 | Clay Higgins | Republican | Reserve Deputy Marshal of Lafayette, Louisiana | Louisiana State University | 2017 | Port Barre | 1961 |
| Louisiana 4 | Mike Johnson | Republican | Louisiana House of Representatives | Louisiana State University (BA, JD) | 2017 | Benton | 1972 |
| Louisiana 5 | Ralph Abraham | Republican | Physician | Louisiana State University (BS, DVM) LSU New Orleans (MD) | 2015 | Mangham | 1954 |
| Louisiana 6 | Garret Graves | Republican | Louisiana Coastal Protection and Restoration Authority | University of Alabama Louisiana Tech University American University | 2015 | Baton Rouge | 1972 |
| Maine 1 | Chellie Pingree | Democratic | Maine State Senate President Common Cause | University of Southern Maine College of the Atlantic (BS) | 2009 | North Haven | 1955 |
| Maine 2 | Jared Golden | Democratic | Maine House of Representatives | University of Maine, Farmington Bates College (BA) | 2019 | Lewiston | 1982 |

= PAGE TWENTY-THREE OF 63 =

32

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Sharice Davids | | | Community College University of Missouri –Kansas City (BA) Cornell University (JD) | | | |
| Kansas 4 | Ron Estes | Republican | Kansas State Treasurer | Tennessee Technological University (BS, MBA) | 2017 (Special) | Wichita | 1956 |
| Kentucky 1 | James Comer | Republican | Kentucky House of Representatives Agriculture Commissioner of Kentucky | Western Kentucky University (BS) | 2016 (Special) | Tompkinsville | 1972 |
| Kentucky 2 | Brett Guthrie | Republican | Kentucky Senate | United States Military Academy (BS) Yale University (MBA) | 2009 | Bowling Green | 1964 |
| Kentucky 3 | John Yarmuth | Democratic | Newspaper publisher Vice-President for University Relations University of Louisville | Yale University (BA) Georgetown University | 2007 | Louisville | 1947 |
| Kentucky 4 | Thomas Massie | Republican | Judge-Executive of Lewis County, Kentucky | Massachusetts Institute of Technology (BS, MS) | 2012 (Special) | Garrison | 1971 |
| Kentucky 5 | Hal Rogers | Republican | Commonwealth's Attorney for Pulaski County, Kentucky and Rockcastle County, Kentucky | Western Kentucky University (BA) University of Kentucky (LLB) | 1981 | Mount Vernon | 1937 |
| Kentucky 6 | Andy Barr | Republican | Attorney | University of Virginia (BA) University of Kentucky (JD) | 2013 | Lexington | 1973 |

=PAGE TWENTY-FOUR OF 63=

31

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Trey Hollingsworth | | | | | | |
| Iowa 1 | Abby Finkenauer | Democratic | Iowa House of Representatives | Drake University (BA) | 2019 | Dubuque | 1988 |
| Iowa 2 | Dave Loebsack | Democratic | Professor | Iowa State University (BA, MA) University of California, Davis (PhD) | 2007 | Iowa City | 1952 |
| Iowa 3 | Cindy Axne | Democratic | Businesswoman | University of Iowa (BA) Northwestern University (MBA) | 2019 | West Des Moines | 1965 |
| Iowa 4 | Steve King | Republican | Iowa Senate | Northwest Missouri State University | 2003 | Kiron | 1949 |
| Kansas 1 | Roger Marshall | Republican | Obstetrician | Kansas State University (BS) University of Kansas (MD) | 2017 | Great Bend | 1960 |
| Kansas 2 | Steve Watkins | Republican | Military contractor Veteran | United States Military Academy (BS) | 2019 | Topeka | 1976 |
| Kansas 3 | | Democratic | Attorney Mixed martial artist | Haskell Indian Nations University University of Kansas Johnson County | 2019 | Shawnee | 1980 |

**30**

= PAGE TWENTY-FIVE OF 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | **Jackie Walorski** | | | | | | |
| Indiana 3 | **Jim Banks** | Republican | Indiana Senate | Indiana University Bloomington (BA) Grace College & Seminary (MBA) | 2017 | Columbia City | 1979 |
| Indiana 4 | **Jim Baird** | Republican | Indiana House of Representatives Putnam County, Indiana Commission | Purdue University, West Lafayette (BS, MS) University of Kentucky (PhD) | 2019 | Greencastle | 1945 |
| Indiana 5 | **Susan Brooks** | Republican | U.S. Attorney for Southern Indiana Deputy Mayor of Indianapolis | Miami University (BA) Indiana University, Indianapolis (JD) | 2013 | Carmel | 1960 |
| Indiana 6 | **Greg Pence** | Republican | Businessman | Loyola University Chicago (BA, MBA) | 2019 | Edinburgh | 1956 |
| Indiana 7 | **André Carson** | Democratic | Indianapolis City-County Council | Concordia University Wisconsin (BA) Indiana Wesleyan University (MS) | 2008 (Special) | Center Township, Marion County | 1974 |
| Indiana 8 | **Larry Bucshon** | Republican | Heart Surgeon | University of Illinois at Urbana–Champaign (BS) University of Illinois at Chicago (MD) | 2011 | Newburgh | 1962 |
| Indiana 9 | | Republican | CEO of Hollingsworth Capital Partners | University of Pennsylvania (BS) Georgetown University (MPP) | 2017 | Jeffersonville | 1983 |

**29**

= 26 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | **Rodney Davis** | | | | | | |
| Illinois 14 | **Lauren Underwood** | Democratic | Registered nurse | University of Michigan (BSN) Johns Hopkins University (MSN, MPH) | 2019 | Naperville | 1986 |
| Illinois 15 | **John Shimkus** | Republican | Madison County, Illinois Treasurer | United States Military Academy (BS) Southern Illinois University Edwardsville (MBA) | 1997 | Collinsville | 1958 |
| Illinois 16 | **Adam Kinzinger** | Republican | McLean County, Illinois Board of Commissioners, Air Force pilot | Illinois State University (BA) | 2011 | Rockford | 1978 |
| Illinois 17 | **Cheri Bustos** | Democratic | East Moline, Illinois City Council, healthcare executive, journalist | University of Maryland, College Park (BA) University of Illinois, Springfield (MA) | 2013 | East Moline | 1961 |
| Illinois 18 | **Darin LaHood** | Republican | Illinois Senate Prosecutor U.S. Attorney's Office Deputy Prosecutor Tazewell County, Illinois | Loras College (BA) John Marshall Law School, Chicago (JD) | 2015 (Special) | Dunlap | 1968 |
| Indiana 1 | **Pete Visclosky** | Democratic | Attorney Congressional aide | Indiana University Northwest (BA) University of Notre Dame (JD) Georgetown University (LLM) | 1985 | Merrillville | 1949 |
| Indiana 2 | | Republican | Indiana House of Representatives | Liberty University Taylor University (BA) | 2013 | Jimtown | 1963 |

**28**

27 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Sean Casten | | | College (MSEM, MS) | | | |
| Illinois 7 | Danny K. Davis | Democratic | Chicago City Council Cook County Board of Commissioners | University of Arkansas at Pine Bluff (BA) Chicago State University (MS) Union Institute & University (PhD) | 1997 | Austin, Chicago | 1941 |
| Illinois 8 | Raja Krishnamoorthi | Democratic | Public Servant lawyer | Princeton University (BS) Harvard University (JD) | 2017 | Schaumburg | 1973 |
| Illinois 9 | Jan Schakowsky | Democratic | Illinois House of Representatives | University of Illinois at Urbana –Champaign (BS) | 1999 | Evanston | 1944 |
| Illinois 10 | Brad Schneider | Democratic | U.S. Representative for Illinois 10, management consultant | Northwestern University (BS, MBA) | 2017 | Deerfield | 1961 |
| Illinois 11 | Bill Foster | Democratic | U.S. House, research physicist, businessman | University of Wisconsin –Madison (BS) Harvard University (MS, PhD) | 2013 | Naperville | 1955 |
| Illinois 12 | Mike Bost | Republican | Illinois House of Representatives, firefighter | – | 2015 | Murphysboro | 1960 |
| Illinois 13 | | Republican | Congressional Staffer | Millikin University (BA) | 2013 | Taylorville | 1970 |

27

28 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Russ Fulcher | | | Boise State University (BA, MBA) | | | |
| Idaho 2 | Mike Simpson | Republican | Idaho House of Representatives Blackfoot, Idaho City Council | Utah State University (BS) Washington University in St. Louis (DMD) | 1999 | Idaho Falls | 1950 |
| Illinois 1 | Bobby Rush | Democratic | Chicago City Council | Roosevelt University (BGS) University of Illinois at Chicago (MA) McCormick Theological Seminary (MA) | 1993 | Englewood | 1946 |
| Illinois 2 | Robin Kelly | Democratic | Illinois House of Representatives Chief of Staff to the Illinois Treasurer Chief Administrative Officer to the Cook County President | Bradley University (BA, MA) Northern Illinois University (PhD) | 2013 (Special) | Matteson | 1956 |
| Illinois 3 | Dan Lipinski | Democratic | Member of the University of Notre Dame and University of Tennessee Faculty | Northwestern University (BS) Stanford University (MS) Duke University (PhD) | 2005 | Western Springs | 1966 |
| Illinois 4 | Jesús "Chuy" García | Democratic | Cook County Board of Commissioners Illinois Senate Chicago City Council | University of Illinois, Chicago (BA, MUP) | 2019 | Chicago | 1956 |
| Illinois 5 | Mike Quigley | Democratic | Cook County Board of Commissioners | Roosevelt University (BA) University of Chicago (MPP) Loyola University Chicago (JD) | 2009 (Special) | Lincoln Park, Chicago | 1958 |
| Illinois 6 | | Democratic | Entrepreneur | Middlebury College (BA) Dartmouth | 2019 | Downers Grove | 1971 |

ACP

29 of 63

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|----------|--------|-------|------------------|-----------|----------------|-----------|------|
| | | | | Marshall Law School (JD) | | | |
| Georgia 10 | Jody Hice | Republican | Radio show host Southern Baptist pastor | Asbury University (BA) Southwestern Baptist Theological Seminary (MDiv) Luther Rice College and Seminary (DMin) | 2015 | Bethlehem | 1960 |
| Georgia 11 | Barry Loudermilk | Republican | Georgia State Senate Georgia House of Representatives | Air University Wayland Baptist University (BS) | 2015 | Cassville | 1963 |
| Georgia 12 | Rick W. Allen | Republican | Businessman | Auburn University (BS) | 2015 | Augusta | 1951 |
| Georgia 13 | David Scott | Democratic | Georgia State Senate Georgia House of Representatives | Florida A&M University (BA) University of Pennsylvania (MBA) | 2003 | Atlanta | 1945 |
| Georgia 14 | Tom Graves | Republican | Georgia House of Representatives, | University of Georgia (BA) | 2010 (Special) | Ranger | 1970 |
| Hawaii 1 | Ed Case | Democratic | U.S. House, Hawaii House of Representatives | Williams College (BA) University of California, Hastings (JD) | 2019 | Kaneohe | 1952 |
| Hawaii 2 | Tulsi Gabbard | Democratic | Honolulu City Council Hawaii House of Representatives | Hawaii Pacific University (BS) | 2013 | Honolulu | 1981 |
| Idaho 1 | | Republican | Idaho Senate | | 2019 | Meridian | 1962 |

**25**

30 of 63

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Sanford Bishop | | | | | | |
| Georgia 3 | Drew Ferguson | Republican | Mayor of West Point, Georgia | University of Georgia (BS) Augusta University (DMD) | 2017 | West Point | 1966 |
| Georgia 4 | Hank Johnson | Democratic | DeKalb County, Georgia Commissioner Associate Magistrate Judge | Clark Atlanta University (BA) Texas Southern University (JD) | 2007 | Lithonia | 1954 |
| Georgia 5 | John Lewis | Democratic | Atlanta City Council Student Nonviolent Coordinating Committee Chair | American Baptist College (BA) Fisk University (BA) | 1987 | Atlanta | 1940 |
| Georgia 6 | Lucy McBath | Democratic | Activist | Virginia State University (BA) | 2019 | Marietta | 1960 |
| Georgia 7 | Rob Woodall | Republican | Political aide Attorney | Furman University (BA) University of Georgia (JD) | 2011 | Peachtree Corners | 1970 |
| Georgia 8 | Austin Scott | Republican | Georgia House of Representatives | University of Georgia (BA) | 2011 | Tifton | 1969 |
| Georgia 9 | Doug Collins | Republican | Georgia House of Representatives | University of North Georgia (BA) New Orleans Baptist Theological Seminary (MDiv) Atlanta's John | 2013 | Gainesville | 1966 |

**24**

31  of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Debbie Wasserman Schultz | | | | | | |
| Florida 24 | Frederica Wilson | Democratic | Florida Senate Florida House of Representatives Miami-Dade County Public Schools Board | Fisk University (BA) University of Miami (MA) | 2011 | Miami Gardens | 1942 |
| Florida 25 | Mario Diaz-Balart | Republican | Florida Senate Florida House of Representatives | University of South Florida (BA) | 2003 | Miami | 1961 |
| Florida 26 | Debbie Mucarsel-Powell | Democratic | College administrator | Pitzer College (BA) Claremont Graduate University (MA) | 2019 | Miami | 1971 |
| Florida 27 | Donna Shalala | Democratic | President of the Clinton Foundation President of the University of Miami United States Secretary of Health and Human Services Chancellor of the University of Wisconsin, Madison | Western College for Women (BA) Syracuse University (MA, PhD) | 2019 | Miami | 1941 |
| Georgia 1 | Buddy Carter | Republican | Georgia State Senate Georgia House of Representatives Mayor of Pooler, Georgia | Young Harris College University of Georgia (BS) | 2015 | Pooler | 1957 |
| Georgia 2 | | Democratic | Georgia State Senate Georgia House of Representatives | Morehouse College (BA) Emory University (JD) | 1993 | Albany | 1947 |

**23**

37 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | **Vern Buchanan** | | | Cleary University (BA) University of Detroit Mercy (MBA) | | | |
| Florida 17 | **Greg Steube** | Republican | Florida Senate Florida House of Representatives | University of Florida (BS, JD) | 2019 | Sarasota | 1978 |
| Florida 18 | **Brian Mast** | Republican | U.S. Army Soldier | Palm Beach Atlantic University American Military University Harvard University (BLA) | 2017 | Hutchinson Island | 1980 |
| Florida 19 | **Francis Rooney** | Republican | United States Ambassador to the Holy See | Georgetown University (BA, JD) | 2017 | Naples | 1953 |
| Florida 20 | **Alcee Hastings** | (Democratic) | Judge of the United States District Court for the Southern District of Florida | Howard University Fisk University (BA) Florida A&M University (JD) | 1993 | Miramar | 1936 |
| Florida 21 | **Lois Frankel** | (Democratic) | Mayor of West Palm Beach, Florida Florida House of Representatives | Boston University (BA) Georgetown University (JD) | 2013 | West Palm Beach | 1948 |
| Florida 22 | **Ted Deutch** | (Democratic) | Florida Senate | University of Michigan (BA, JD) | 2010 (Special) | Boca Raton | 1966 |
| Florida 23 | | (Democratic) | Florida Senate Florida House of Representatives Democratic National Committee Chair | University of Florida (BA, MA) | 2005 | Weston | 1966 |

**22**

33 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Darren Soto | | | | | | |
| Florida 10 | Val Demings | Democratic | Chief of the Orlando Police Department | Florida State University (BS) | 2017 | Orlando | 1957 |
| Florida 11 | Daniel Webster | Republican | Florida Senate Speaker of Florida House of Representatives | Georgia Institute of Technology (BS) | 2011 | Winter Garden | 1949 |
| Florida 12 | Gus Bilirakis | Republican | Florida House of Representatives | St. Petersburg College University of Florida (BS) Stetson University (JD) | 2007 | Palm Harbor | 1963 |
| Florida 13 | Charlie Crist | Democratic | Governor of Florida Attorney General of Florida Education Commissioner of Florida Florida Senate | Wake Forest University Florida State University (BA) Samford University (JD) | 2017 | St. Petersburg | 1956 |
| Florida 14 | Kathy Castor | Democratic | Assistant General Counsel to the Florida Department of Community Affairs President of the Florida Association of Women Lawyers Hillsborough County, Florida Board of Commissioners | Emory University (BA) Florida State University (JD) | 2007 | Tampa | 1966 |
| Florida 15 | Ross Spano | Republican | Florida House of Representatives | University of South Florida (BA) Florida State University (JD) | 2019 | Dover | 1966 |
| Florida 16 | | Republican | Auto Dealer | | 2007 | Longboat Key | 1951 |

34 of 63 =

| State | Image | Senator | Party | Born | Occupation(s) | Prior office(s) | Assumed office | Term up | Residence |
|-------|-------|---------|-------|------|---------------|-----------------|----------------|---------|-----------|
| Alabama | | Richard Shelby | Republican | May 6, 1934 | Lawyer | U.S. House Alabama Senate | January 3, 1987 | 2022 | Tuscaloosa[1] |
| | | Doug Jones [d] | (Democratic) | May 4, 1954 | Lawyer | U.S. Attorney for the Northern District of Alabama | January 3, 2018 | 2020 | Birmingham [1] |
| Alaska | | Lisa Murkowski | Republican | May 22, 1957 | Lawyer | Alaska House of Representatives | December 20, 2002 | 2022 | Anchorage[3] |
| | | Dan Sullivan | Republican | November 13, 1964 | U.S. Marine officer lawyer | Alaska Attorney General Assistant Secretary of State for Economic and Business Affairs | January 3, 2015 | 2020 | Anchorage[3] |
| Arizona | | Kyrsten Sinema | (Democratic) | July 12, 1976 | Social Worker Political Activist | U.S. House Arizona Senate Arizona House of Representatives | January 3, 2019 | 2024 | Phoenix[4] |
| | | Martha McSally[e] | Republican | March 22, 1966 | U.S. Air Force officer | U.S. House | January 3, 2019 | 2020 (Special) 2022 (General) | Tucson[6] |
| Arkansas | | John Boozman | Republican | December 10, 1950 | Optometrist | U.S. House Rogers Public Schools Board | January 3, 2011 | 2022 | Rogers[7] |
| | | Tom Cotton | Republican | May 13, 1977 | Lawyer United States Army officer | U.S. House | January 3, 2015 | 2020 | Dardanelle[7] |
| California | | Dianne Feinstein | (Democratic) | June 22, 1933 | Non-profit organization fellow | Mayor of San Francisco San Francisco Board of Supervisors Member, California Women's Parole Board. | November 10, 1992 | 2024 | San Francisco[8] |
| | | Kamala Harris | (Democratic) | October 20, 1964 | Lawyer | Attorney General of California San Francisco District Attorney | January 3, 2017 | 2022 | Los Angeles [8] |

35 of 63 =

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|-------|-------|---------|-------|------|---------------|-------------------|----------------|---------|-----------|
| Colorado | | Michael Bennet | Democratic | November 28, 1964 | Lawyer Investment company Executive Public School Administrator | Denver Public Schools Superintendent Chief of staff to the mayor of Denver | January 22, 2009 | 2022 | Denver[9] |
| | | Cory Gardner | Republican | August 22, 1974 | Lawyer; Businessman | U.S. House Colorado House of Representatives | January 3, 2015 | 2020 | Denver[9] |
| Connecticut | | Richard Blumenthal | Democratic | February 13, 1946 | Marine Corps Reserve Sergeant Senate Staffer Lawyer | Connecticut Attorney General Connecticut Senate Connecticut House of Representatives United States Attorney | January 3, 2011 | 2022 | Greenwich[10] |
| | | Chris Murphy | Democratic | August 3, 1973 | Lawyer Political Campaign Manager | U.S. House Connecticut Senate Connecticut House of Representatives | January 3, 2013 | 2024 | Cheshire[10] |
| Delaware | | Tom Carper | Democratic | January 23, 1947 | U.S. Navy officer Delaware Office of Economic Development | Governor of Delaware U.S. House Delaware Treasurer | January 3, 2001 | 2024 | Wilmington[11] |
| | | Chris Coons | Democratic | September 9, 1963 | Nonprofit Organization Executive Lawyer | New Castle County, Delaware executive Member, New Castle County Council | November 15, 2010 | 2020 | Wilmington[11] |
| Florida | | Marco Rubio | Republican | May 28, 1971 | Lawyer | Florida House Speaker West Miami, Florida City Commission | January 3, 2011 | 2022 | Miami |
| | | Rick Scott | Republican | December 1, 1952 | Lawyer Columbia/HCA CEO Venture Capitalist | Governor of Florida | January 8, 2019 | 2024 | Naples[12] |
| Georgia | | Johnny Isakson | Republican | December 28, 1944 | Real Estate Broker | U.S. House Georgia House of Representatives Georgia State Senate | January 3, 2005 | 2022 | Marietta[13] |
| | | David Perdue | Republican | December 10, 1949 | Corporate Executive | None | January 3, 2015 | 2020 | Sea Island[13] |

36 of 63 =

6

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|---|---|---|---|---|---|---|---|---|---|
| Hawaii | | Brian Schatz | Democratic | October 20, 1972 | Nonprofit organization executive | Lieutenant Governor of Hawaii<br>Hawaii House of Representatives | December 26, 2012 | 2022 | Honolulu[14] |
| | | Mazie Hirono | Democratic | November 3, 1947 | Lawyer | U.S. House<br>Hawaii House of Representatives<br>Lieutenant Governor of Hawaii | January 3, 2013 | 2024 | Honolulu[14] |
| Idaho | | Mike Crapo | Republican | May 20, 1951 | Lawyer | U.S. House<br>Idaho Senate | January 3, 1999 | 2022 | Idaho Falls [15] |
| | | Jim Risch | Republican | May 3, 1943 | Professor<br>Rancher<br>Nonprofit organization executive | Governor of Idaho<br>Lieutenant Governor of Idaho<br>Idaho Senate President pro tempore | January 3, 2009 | 2020 | Boise[15] |
| Illinois | | Dick Durbin | Democratic | November 21, 1944 | Lawyer<br>Professor | U.S. House | January 3, 1997 | 2020 | Springfield[16] |
| | | Tammy Duckworth | Democratic | March 12, 1968 | Army National Guard Officer<br>Staff Supervisor, Rotary International | U.S. House<br>U.S. Assistant Secretary of Veterans Affairs<br>Illinois Director of Veterans Affairs | January 3, 2017 | 2022 | Hoffman Estates[16] |
| Indiana | | Todd Young | Republican | August 24, 1972 | Marine Corps Officer<br>Professor<br>Consultant | U.S. House | January 3, 2017 | 2022 | Bloomington |
| | | Mike Braun | Republican | March 24, 1954 | Businessman | Indiana House of Representatives | January 3, 2019 | 2024 | Jasper[17] |
| Iowa | | Chuck Grassley | Republican | September 17, 1933 | Farmer<br>College professor | U.S. House<br>Iowa House of Representatives | January 3, 1981 | 2022 | New Hartford [18] |
| | | Joni Ernst | Republican | July 1, 1970 | Farmer<br>Army National Guard officer | Iowa Senate | January 3, 2015 | 2020 | Red Oak[16] |

37 of 63 =