| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|-------|-------|---------|-------|------|---------------|--------------------|-----------------|---------|-----------|
| Kansas | | Pat Roberts | Republican | April 20, 1936 | United States Marine Corps officer journalist U.S. Senate staff member U.S. House staff member | U.S. House | January 3, 1997 | 2020 | Dodge City [19] |
| | | Jerry Moran | Republican | May 29, 1954 | Banker lawyer | U.S. House Kansas Senate | January 3, 2011 | 2022 | Hays[19] |
| Kentucky | | Mitch McConnell | Republican | February 20, 1942 | Lawyer U.S. Senate staff member | U.S. Department of Justice Office of Legislative Affairs Jefferson County Judge/Executive | January 3, 1985 | 2020 | Louisville[20] |
| | | Rand Paul | Republican | January 7, 1963 | Ophthalmologist | None | January 3, 2011 | 2022 | Bowling Green[20] |
| Louisiana | | Bill Cassidy | Republican | September 28, 1957 | Physician | U.S. House Louisiana Senate | January 3, 2015 | 2020 | Baton Rouge [21] |
| | | John Kennedy | Republican | November 21, 1951 | Magazine editor lawyer professor Staff of Louisiana Governor Buddy Roemer | Louisiana Treasurer Secretary, Louisiana Department of Revenue | January 3, 2017 | 2022 | Madisonville [21] |
| Maine | | Susan Collins | Republican | December 7, 1952 | House staffer Senate staffer Regional director, SBA Nonprofit organization executive | Deputy Treasurer, MA Professional and Financial Regulation Commissioner, ME | January 3, 1997 | 2020 | Bangor[22] |
| | | Angus King | Independent | March 31, 1944 | Lawyer Senate staffer Business founder Corporate executive Public television news program host | Governor of Maine | January 3, 2013 | 2024 | Brunswick |
| Maryland | | Ben Cardin | Democratic | October 5, 1943 | Lawyer | U.S. House Speaker of the Maryland House of Delegates | January 3, 2007 | 2024 | Baltimore[23] |
| | | Chris Van Hollen | Democratic | January 10, 1959 | U.S. Senate staff member Maryland Governor's legislative advisor lawyer | U.S. House Maryland General Assembly | January 3, 2017 | 2022 | Kensington [23] |

38

38 of 63 =

8

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|-------|-------|---------|-------|------|---------------|--------------------|----------------|---------|-----------|
| Massachusetts | | Elizabeth Warren | Democratic | June 22, 1949 | Lawyer professor Research associate Nonprofit organization executive | COP Chair CFPB Special Advisor | January 3, 2013 | 2024 | Cambridge [24] |
| | | Ed Markey | Democratic | July 11, 1946 | Member, United States Army Reserve lawyer | U.S. House Massachusetts House of Representatives | July 16, 2013 | 2020 | Malden [24] |
| Michigan | | Debbie Stabenow | Democratic | April 29, 1950 | Social worker Leadership training consultant | U.S. House Michigan House of Representatives Michigan Senate | January 3, 2001 | 2024 | Lansing [25] |
| | | Gary Peters | Democratic | December 1, 1958 | United States Navy Reserve officer Financial advisor Attorney College professor and lecturer | U.S. House Michigan Senate | January 3, 2015 | 2020 | Bloomfield Hills [25] |
| Minnesota | | Amy Klobuchar | Democratic | May 25, 1960 | Lawyer | Hennepin County, Minnesota Attorney | January 3, 2007 | 2024 | Minneapolis [26] |
| | | Tina Smith | Democratic | March 4, 1958 | Public relations consultant Nonprofit organization executive Chief of staff to the Governor of Minnesota | Lieutenant Governor of Minnesota | January 3, 2018[f] | 2020 | Minneapolis [26] |
| Mississippi | | Roger Wicker | Republican | July 5, 1951 | U.S. Air Force officer/Judge Advocate U.S. House staffer lawyer | U.S. House Mississippi Senate | December 31, 2007 | 2024 | Tupelo [28] |
| | | Cindy Hyde-Smith | Republican | May 10, 1959 | Farmer | Mississippi Commissioner of Agriculture and Commerce Mississippi Senate | April 9, 2018[g] | 2020 | Brookhaven |
| Missouri | | Roy Blunt | Republican | January 10, 1950 | University president | U.S. House Missouri Secretary of State Greene County, Missouri Clerk | January 3, 2011 | 2022 | Springfield |
| | | Josh Hawley | Republican | December 31, 1979 | Lawyer | Attorney General of Missouri | January 3, 2019 | 2024 | Ashland [29][30] |

ACP

39 of 63 =

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|---|---|---|---|---|---|---|---|---|---|
| Montana | | Jon Tester | Democratic | August 21, 1956 | Music teacher Farmer | Montana Senate President Big Sandy, Montana School Board | January 3, 2007 | 2024 | Big Sandy |
| | | Steve Daines | Republican | August 20, 1962 | Businessman | U.S. House | January 3, 2015 | 2020 | Bozeman |
| Nebraska | | Deb Fischer | Republican | March 1, 1951 | Rancher | Nebraska Legislature | January 3, 2013 | 2024 | Valentine |
| | | Ben Sasse | Republican | February 22, 1972 | Management consultant Nonprofit organization executive House staffer professor University president | Assistant Secretary for Planning and Evaluation (HHS) | January 3, 2015 | 2020 | Fremont |
| Nevada | | Catherine Cortez Masto | Democratic | March 29, 1964 | Lawyer | Nevada Attorney General | January 3, 2017 | 2022 | Las Vegas |
| | | Jacky Rosen | Democratic | August 2, 1957 | Computer programmer Software developer designer consultant[31][32] | U.S. House | January 3, 2019 | 2024 | Henderson [31] |
| New Hampshire | | Jeanne Shaheen | Democratic | January 28, 1947 | Teacher entrepreneur | Governor of New Hampshire New Hampshire Senate | January 3, 2009 | 2020 | Madbury |
| | | Maggie Hassan | Democratic | February 27, 1958 | Lawyer | Governor of New Hampshire New Hampshire Senate | January 3, 2017 | 2022 | Newfields |
| New Jersey | | Bob Menendez | Democratic | January 1, 1954 | Lawyer | U.S. House New Jersey General Assembly New Jersey Senate | January 18, 2006 | 2024 | Hoboken |
| | | Cory Booker | Democratic | April 27, 1969 | Lawyer | Mayor of Newark, New Jersey Newark Municipal Council | October 31, 2013 | 2020 | Newark |

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|---|---|---|---|---|---|---|---|---|---|
| New Mexico | | Tom Udall | Democratic | May 18, 1948 | Lawyer | U.S. House Attorney General of New Mexico Assistant U.S. Attorney | January 3, 2009 | 2020 | Santa Fe |
| | | Martin Heinrich | Democratic | October 17, 1971 | Nonprofit organization executive consultant | U.S. House Albuquerque City Council | January 3, 2013 | 2024 | Albuquerque |
| New York | | Chuck Schumer | Democratic | November 23, 1950 | Lawyer | U.S. House New York State Assembly | January 3, 1999 | 2022 | Brooklyn |
| | | Kirsten Gillibrand | Democratic | December 9, 1966 | Lawyer | U.S. House U.S. HUD special counsel | January 26, 2009 | 2024 | Hudson |
| North Carolina | | Richard Burr | Republican | November 30, 1955 | Sales manager Nonprofit organization executive | U.S. House | January 3, 2005 | 2022 | Winston-Salem |
| | | Thom Tillis | Republican | August 30, 1960 | Business consultant | Speaker of the North Carolina House of Representatives | January 3, 2015 | 2020 | Huntersville |
| North Dakota | | John Hoeven | Republican | March 13, 1957 | Banker | Governor of North Dakota | January 3, 2011 | 2022 | Bismarck |
| | | Kevin Cramer | Republican | January 21, 1961 | State Tourism Director State Economic Development and Finance Director Former North Dakota Republican Party Chairman | U.S. House North Dakota Public Service Commissioner | January 3, 2019 | 2024 | Bismarck[33] |
| Ohio | | Sherrod Brown | Democratic | November 9, 1952 | Teacher | U.S. House Ohio Secretary of State Ohio House of Representatives | January 3, 2007 | 2024 | Lorain |
| | | Rob Portman | Republican | December 19, 1955 | Lawyer | U.S. House U.S. Trade Representative Director of the Office of Management and Budget | January 3, 2011 | 2022 | Terrance Park |
| Oklahoma | | Jim Inhofe | Republican | | | | | 2020 | Tulsa |

11

= 41 of 63 =

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term-up | Residence |
|---|---|---|---|---|---|---|---|---|---|
| | | | | November 17, 1934 | Businessman Real estate developer Corporate executive | U.S. House Mayor of Tulsa, Oklahoma Oklahoma Senate Oklahoma House of Representatives | November 17, 1994 | | |
| | | James Lankford | Republican | March 4, 1968 | Nonprofit program director | U.S. House | January 3, 2015 | 2022 | Edmond |
| Oregon | | Ron Wyden | Democratic | May 3, 1949 | Teacher Nonprofit organization executive | U.S. House | February 6, 1996 | 2022 | Portland |
| | | Jeff Merkley | Democratic | October 24, 1956 | Nonprofit organization executive CBO analyst, Defense Department | Oregon House Speaker | January 3, 2009 | 2020 | Portland |
| Pennsylvania | | Bob Casey Jr. | Democratic | April 13, 1960 | Teacher lawyer | Pennsylvania Treasurer Pennsylvania Auditor | January 3, 2007 | 2024 | Scranton |
| | | Pat Toomey | Republican | November 17, 1961 | Currency trader Restaurant owner | U.S. House | January 3, 2011 | 2022 | Zionsville |
| Rhode Island | | Jack Reed | Democratic | November 12, 1949 | Lawyer Army Reserve officer Army officer | U.S. House Rhode Island Senate | January 3, 1997 | 2020 | Cranston |
| | | Sheldon Whitehouse | Democratic | October 20, 1955 | Lawyer | Attorney General of Rhode Island United States Attorney | January 3, 2007 | 2024 | Providence |
| South Carolina | | Lindsey Graham | Republican | July 9, 1955 | Lawyer Air Force Reserve officer | U.S. House South Carolina House of Representatives | January 3, 2003 | 2020 | Seneca |
| | | Tim Scott | Republican | September 19, 1965 | Insurance agent Financial adviser | U.S. House South Carolina House of Representatives Charleston County, South Carolina Council | January 2, 2013 | 2022 | North Charleston |
| South Dakota | | John Thune | Republican | January 7, 1961 | | | January 3, 2005 | 2022 | Sioux Falls |

12

= 42 of 63 =

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|---|---|---|---|---|---|---|---|---|---|
| |  | | | | Nonprofit organization executive State Railroad Director | U.S. House South Dakota Republican Party Executive Director | | | |
| |  | Mike Rounds | Republican | October 24, 1954 | Businessman | Governor of South Dakota South Dakota Senate | January 3, 2015 | 2020 | Fort Pierre |
| Tennessee |  | Lamar Alexander | Republican | July 3, 1940 | Senate staffer lawyer businessman | Governor of Tennessee U.S. Secretary of Education | January 3, 2003 | 2020 | Maryville |
| |  | Marsha Blackburn | Republican | June 6, 1952 | Consultant Executive Director of the Tennessee Film, Entertainment, and Music Commission Former Williamson County, Tennessee Republican Party Chairwoman | U.S. House Tennessee Senate | January 3, 2019 | 2024 | Brentwood[34] |
| Texas |  | John Cornyn | Republican | February 2, 1952 | Lawyer | San Antonio District Judge Texas Attorney General Texas Supreme Court (Associate Justice) | December 1, 2002 | 2020 | San Antonio |
| |  | Ted Cruz | Republican | December 22, 1970 | lawyer | U.S. Assoc. Deputy AG Texas Solicitor General | January 3, 2013 | 2024 | Houston |
| Utah |  | Mike Lee | Republican | June 4, 1971 | Lawyer Governor's general counsel | Assistant United States Attorney | January 3, 2011 | 2022 | Alpine |
| |  | Mitt Romney | Republican | March 12, 1947 | Businessman | Governor of Massachusetts | January 3, 2019 | 2024 | Holladay[35] |
| Vermont |  | Patrick Leahy | Democratic | March 31, 1940 | Lawyer | Chittenden County, Vermont State's Attorney | January 3, 1975 | 2022 | Middlesex |
| |  | Bernie Sanders | Independent | September 8, 1941 | Filmmaker Carpenter writer Researcher | U.S. House Mayor of Burlington, Vermont | January 3, 2007 | 2024 | Burlington |

13

= 43 of 63 =

| State | Image | Senator | Party | Born | Occupation(s) | Previous office(s) | Assumed office | Term up | Residence |
|-------|-------|---------|-------|------|---------------|--------------------|----------------|---------|-----------|
| Virginia | | Mark Warner | Democratic | December 15, 1954 | Businessman Venture capitalist | Governor of Virginia Virginia Democratic Party Chair | January 3, 2009 | 2020 | Alexandria |
| | | Tim Kaine | Democratic | February 26, 1958 | Missionary lawyer teacher | Governor of Virginia Lt. Governor of Virginia Chair of the Democratic National Committee Mayor of Richmond, Virginia | January 3, 2013 | 2024 | Richmond |
| Washington | | Patty Murray | Democratic | October 11, 1950 | Teacher Lobbyist | Washington Senate Shoreline School Board | January 3, 1993 | 2022 | Seattle |
| | | Maria Cantwell | Democratic | October 13, 1958 | Marketing vice president | U.S. House Washington House of Representatives | January 3, 2001 | 2024 | Edmonds |
| West Virginia | | Joe Manchin | Democratic | August 24, 1947 | Corporate executive | Governor of West Virginia Secretary of State of West Virginia West Virginia House of Delegates West Virginia Senate | November 15, 2010 | 2024 | Charleston |
| | | Shelley Moore Capito | Republican | November 26, 1953 | College career counselor director, state Board of Regents educational information center | U.S. House West Virginia House of Delegates | January 3, 2015 | 2020 | Charleston |
| Wisconsin | | Ron Johnson | Republican | April 8, 1955 | Accountant Corporate executive | None | January 3, 2011 | 2022 | Oshkosh |
| | | Tammy Baldwin | Democratic | February 11, 1962 | Lawyer | U.S. House Wisconsin Assembly | January 3, 2013 | 2024 | Madison |
| Wyoming | | Mike Enzi | Republican | February 1, 1944 | Nonprofit organization executive Accountant CEO Member, Air National Guard | Wyoming House of Representatives Wyoming Senate | January 3, 1997 | 2020 | Gillette |
| | | John Barrasso | Republican | July 21, 1952 | Orthopedic surgeon Medical chief of staff Nonprofit organization executive | Wyoming Senate | June 25, 2007 | 2024 | Casper |

**See also**

14

=44 of 63=

WIKIPEDIA

# List of current members of the United States House of Representatives

ACP

*= 45 of 63 =*

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| Alabama 1 | **Bradley Byrne** | Republican | Alabama Senate Alabama State Board of Education | Duke University (BA) University of Alabama (JD) | 2014 (Special) | Fairhope | 1955 |
| Alabama 2 | **Martha Roby** | Republican | Montgomery, Alabama City Council | New York University (BM) Samford University (JD) | 2011 | Montgomery | 1976 |
| Alabama 3 | **Mike Rogers** | Republican | Calhoun County, Alabama Commissioner Alabama House of Representatives | Jacksonville State University (BA, MPA) Birmingham School of Law (JD) | 2003 | Saks | 1958 |
| Alabama 4 | **Robert Aderholt** | Republican | Haleyville, Alabama Municipal Judge | University of North Alabama Birmingham –Southern College (BA) Samford University (JD) | 1997 | Haleyville | 1965 |
| Alabama 5 | **Mo Brooks** | Republican | Alabama House of Representatives Madison County, Alabama Commissioner | Duke University (BA) University of Alabama (JD) | 2011 | Huntsville | 1954 |
| Alabama 6 | **Gary Palmer** | Republican | Policy analyst | University of Alabama (BS) | 2015 | Hoover | 1954 |
| Alabama 7 | **Terri Sewell** | Democratic | Attorney | Princeton University (BA) St Hilda's College, Oxford (MA) Harvard University (JD) | 2011 | Birmingham | 1965 |
| Alaska at-large | | Republican | Ship captain Mayor of Fort Yukon, Alaska | Yuba College California State University, Chico (BA) | 1973 (Special) | Fort Yukon | 1933 |

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Don Young | | | | | | |
| Arizona 1 | Tom O'Halleran | Democratic | Arizona Senate | Lewis University DePaul University | 2017 | Sedona | 1946 |
| Arizona 2 | Ann Kirkpatrick | Democratic | Arizona House of Representatives | University of Arizona (BA, JD) | 2019 | Tucson | 1950 |
| Arizona 3 | Raúl Grijalva | Democratic | Pima County, Arizona Board of Supervisors | University of Arizona (BA) | 2003 | Tucson | 1948 |
| Arizona 4 | Paul Gosar | Republican | President of the Northern Arizona Dental Society | Creighton University (BS, DDS) | 2011 | Prescott | 1958 |
| Arizona 5 | Andy Biggs | Republican | Arizona Senate | Brigham Young University (BA) University of Arizona (JD) Arizona State University, Phoenix (MA) | 2017 | Gilbert | 1958 |
| Arizona 6 | David Schweikert | Republican | Arizona House of Representatives Arizona Board of Education Arizona Board of Equalization Maricopa County, Arizona Treasurer | Arizona State University, Tempe (BS, MBA) | 2011 | Scottsdale | 1962 |
| Arizona 7 | | Democratic | Arizona House of Representatives | Harvard University (BA) | 2015 | Phoenix | 1979 |

9

= 47 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
|  | Ruben Gallego |  |  |  |  |  |  |
| Arizona 8 | Debbie Lesko | Republican | Arizona House of Representatives Arizona Senate President Pro Tempore of Arizona Senate | University of Wisconsin –Madison (BA) | 2018 (Special) | Peoria | 1958 |
| Arizona 9 | Greg Stanton | (Democratic) | Mayor of Phoenix | Marquette University (BA) University of Michigan (JD) | 2019 | Phoenix | 1970 |
| Arkansas 1 | Rick Crawford | Republican | Broadcaster businessman | Arkansas State University (BS) | 2011 | Jonesboro | 1966 |
| Arkansas 2 | French Hill | Republican | Businessman | Vanderbilt University (BS) | 2015 | Little Rock | 1956 |
| Arkansas 3 | Steve Womack | Republican | Mayor of Rogers, Arkansas | Arkansas Tech University (BA) | 2011 | Rogers | 1957 |
| Arkansas 4 | Bruce Westerman | Republican | Arkansas House of Representatives | University of Arkansas (BS) Yale University (MS) | 2015 | Hot Springs | 1967 |
| California 1 | Doug LaMalfa | Republican | California State Senate California State Assembly | Butte College California Polytechnic State University (BS) | 2013 | Richvale | 1960 |

10

= 48 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Kevin McCarthy | | | | | | |
| California 24 | Salud Carbajal | Democratic | Santa Barbara County, California Board of Supervisors | University of California, Santa Barbara (BA) Fielding Graduate University (MA) | 2017 | Santa Barbara | 1964 |
| California 25 | Vacant | | | | | | |
| California 26 | Julia Brownley | Democratic | California State Assembly | George Washington University (BA) American University (MBA) | 2013 | Oak Park | 1952 |
| California 27 | Judy Chu | Democratic | Mayor of Monterey Park, California Monterey Park City Council California State Assembly California State Board of Equalization | University of California, Los Angeles (BA) Alliant International University (MA, PhD) | 2009 (Special) | Monterey Park | 1953 |
| California 28 | Adam Schiff | Democratic | California State Senate Assistant Prosecutor for the United States Attorney for the Southern District of California | Stanford University (BA) Harvard University (JD) | 2001 | Burbank | 1960 |
| California 29 | Tony Cárdenas | Democratic | Los Angeles City Council | University of California, Santa Barbara (BS) | 2013 | San Fernando Valley | 1963 |
| California 30 | Brad Sherman | Democratic | California Board of Equalization | University of California, Los Angeles (BA) Harvard University (JD) | 1997 | Sherman Oaks | 1954 |
| California 31 | | Democratic | Redlands, California | University of Redlands (BS) | 2015 | Redlands | 1979 |

14

= 49 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Jerry McNerney | | | Academy University of New Mexico (BS, MS, PhD) | | | |
| California 10 | Josh Harder | Democratic | Venture capitalist professor | Stanford University (BA) Harvard University (MBA, MPP) | 2019 | Turlock | 1986 |
| California 11 | Mark DeSaulnier | Democratic | California State Senate California State Assembly Contra Costa County Board of Supervisors | College of the Holy Cross (BA) | 2015 | Concord | 1952 |
| California 12 | Nancy Pelosi | Democratic | California Democratic Party Chair | Trinity Washington University (BA) | 1987 (Special) | San Francisco | 1940 |
| California 13 | Barbara Lee | Democratic | California State Assembly | Mills College (BA) University of California, Berkeley (MSW) | 1998 (Special) | Oakland | 1946 |
| California 14 | Jackie Speier | Democratic | California State Senate California State Assembly San Mateo County Board of Supervisors | University of California, Davis (BA) University of California, Hastings (JD) | 2008 (Special) | Hillsborough | 1950 |
| California 15 | Eric Swalwell | Democratic | Dublin, California City Council | Campbell University University of Maryland, College Park (BA) University of Maryland, Baltimore (JD) | 2013 | Dublin | 1980 |
| California 16 | | Democratic | California State Senate California State Assembly | California State University, Fresno (BA) | 2005 | Fresno | 1952 |

= 50 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|----------|--------|-------|------------------|-----------|----------------|-----------|------|
| | Jim Costa | | | | | | |
| California 17 | Ro Khanna | Democratic | Lawyer author educator | University of Chicago (BA) Yale University (JD) | 2017 | Fremont | 1976 |
| California 18 | Anna Eshoo | Democratic | San Mateo County Board of Supervisors | Cañada College | 1993 | Atherton | 1942 |
| California 19 | Zoe Lofgren | Democratic | Santa Clara County, California | Stanford University (BA) Santa Clara University (JD) | 1995 | San Jose | 1947 |
| California 20 | Jimmy Panetta | Democratic | Deputy district attorney of Monterey County, California | Monterey Peninsula College University of California, Davis (BA) Santa Clara University (JD) | 2017 | Carmel Valley | 1969 |
| California 21 | TJ Cox | Democratic | Engineer businessman | University of Nevada, Reno (BS) Southern Methodist University (MBA) | 2019 | Fresno | 1963 |
| California 22 | Devin Nunes | Republican | California State Director for the United States Department of Agriculture's Rural Development Section | College of the Sequoias California Polytechnic State University (BS, MS) | 2003 | Tulare | 1973 |
| California 23 | | Republican | California State Assembly | California State University, Bakersfield (BS, MBA) | 2007 | Bakersfield | 1965 |

= 51 of 63 =

**13**

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| California 53 | Susan Davis | Democratic | California State Assembly San Diego School Board | University of California, Berkeley (BA) University of North Carolina at Chapel Hill (MSW) | 2001 | San Diego | 1944 |
| Colorado 1 | Diana DeGette | Democratic | Colorado House of Representatives | Colorado College (BA) New York University (JD) | 1997 | Denver | 1957 |
| Colorado 2 | Joe Neguse | Democratic | Executive Director of the Colorado Department of Regulatory Agencies | University of Colorado, Boulder (BA, JD) | 2019 | Boulder | 1984 |
| Colorado 3 | Scott Tipton | Republican | Colorado House of Representatives | Fort Lewis College (BA) | 2011 | Cortez | 1956 |
| Colorado 4 | Ken Buck | Republican | Weld County, Colorado Prosecutor U.S. Attorney's Office | Princeton University (BA) University of Wyoming (JD) | 2015 | Greeley | 1959 |
| Colorado 5 | Doug Lamborn | Republican | President pro tempore of the Colorado Senate Colorado House of Representatives | University of Kansas (BS, JD) | 2007 | Colorado Springs | 1954 |
| Colorado 6 | Jason Crow | Democratic | Attorney | University of Wisconsin, Madison (BA) University of Denver (JD) | 2019 | Aurora | 1979 |
| Colorado 7 | Ed Perlmutter | Democratic | Colorado Senate | University of Colorado Boulder (BA, JD) | 2007 | Lakewood | 1953 |
| Connecticut 1 | | Democratic | | | 1999 | East Hartford | 1948 |

18

*A W*

52 of 63 =
→PAGE

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|----------|--------|-------|------------------|-----------|----------------|-----------|------|
|  | Katie Porter |  |  |  |  |  |  |
| California 46 | Lou Correa | Democratic | California State Senate Orange County Board of Supervisors California State Assembly | California State University, Fullerton (BA) University of California, Los Angeles (JD, MBA) | 2017 | Santa Ana | 1958 |
| California 47 | Alan Lowenthal | Democratic | California State Senate California State Assembly | Hobart College (BA) Ohio State University (MA, PhD) | 2013 | Long Beach | 1941 |
| California 48 | Harley Rouda | Democratic | Lawyer | University of Kentucky (BA) Ohio State University (MBA) Capital University (JD) | 2019 | Laguna Beach | 1961 |
| California 49 | Mike Levin | Democratic | Environmental activist | Stanford University (BA) Duke University (JD) | 2019 | San Juan Capistrano | 1978 |
| California 50 | Duncan D. Hunter | Republican | Military businessman | San Diego State University (BS) | 2009 | Lakeside | 1976 |
| California 51 | Juan Vargas | Democratic | California State Senate California State Assembly San Diego City Council | University of San Diego (BA) Fordham University (MA) Harvard University (JD) | 2013 | Golden Hill | 1961 |
| California 52 | Scott Peters | Democratic | San Diego City Council San Diego Port Commission | Duke University (BA) New York University (JD) | 2013 | La Jolla | 1958 |

**17**

= PAGE 53 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Linda Sánchez | | | | | | |
| California 39 | Gil Cisneros | Democratic | Philanthropist | George Washington University (BA) Regis University (MBA) Brown University (MA) | 2019 | Yorba Linda | 1971 |
| California 40 | Lucille Roybal-Allard | Democratic | Public relations executive | California State University, Los Angeles (BA) | 1993 | Downey | 1941 |
| California 41 | Mark Takano | Democratic | Teacher | Harvard University (BA) University of California, Riverside (MFA) | 2013 | Riverside | 1960 |
| California 42 | Ken Calvert | Republican | Real Estate Executive | Chaffey College San Diego State University (BA) | 1993 | Corona | 1953 |
| California 43 | Maxine Waters | Democratic | California State Assembly | California State University, Los Angeles (BA) | 1991 | Inglewood | 1938 |
| California 44 | Nanette Barragán | Democratic | Hermosa Beach, California City Council | University of California, Los Angeles (BA) University of Southern California (JD) | 2017 | San Pedro | 1976 |
| California 45 | | Democratic | Attorney professor | Yale University (BA) Harvard University (JD) | 2019 | Irvine | 1974 |

=PAGE  54  of  63 =

**16**

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| Florida 2 | Neal Dunn | Republican | Surgeon | Washington and Lee University (BS) George Washington University (MD) | 2017 | Panama City | 1953 |
| Florida 3 | Ted Yoho | Republican | Veterinarian | Broward College University of Florida (BS, DVM) | 2013 | Gainesville | 1955 |
| Florida 4 | John Rutherford | Republican | Sheriff of Jacksonville | Florida State College Florida State University (BS) | 2017 | Jacksonville | 1952 |
| Florida 5 | Al Lawson | Democratic | Florida Senate | Florida A&M University (BA) Florida State University (MPA) | 2017 | Tallahassee | 1948 |
| Florida 6 | Michael Waltz | Republican | U.S. Army Intelligence analyst | Virginia Military Institute (BS) | 2019 | Daytona Beach | 1974 |
| Florida 7 | Stephanie Murphy | Democratic | Advisor educator | College of William & Mary (BA) Georgetown University (MS) | 2017 | Winter Park | 1978 |
| Florida 8 | Bill Posey | Republican | Florida Senate Florida House of Representatives Rockledge, Florida City Council | Eastern Florida State College | 2009 | Rockledge | 1947 |
| Florida 9 | | Democratic | Florida Senate Florida House of Representatives | Rutgers University–New Brunswick (BA) George Washington University (JD) | 2017 | Orlando | 1978 |

ACU

=PAGE 55 of 63=

**20**

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | John B. Larson | | Connecticut Senate East Hartford, Connecticut City Council East Hartford, Connecticut Board of Education | Central Connecticut State University (BA) | | | |
| Connecticut 2 | Joe Courtney | Democratic | Connecticut House of Representatives | Tufts University (BA) University of Connecticut (JD) | 2007 | Vernon | 1953 |
| Connecticut 3 | Rosa DeLauro | Democratic | Executive Director of EMILY's List Political aide | Marymount College, Tarrytown (BA) London School of Economics (MA) Columbia University (MA) | 1991 | New Haven | 1943 |
| Connecticut 4 | Jim Himes | Democratic | Financial executive Greenwich, Connecticut Housing Authority Board | Harvard University (BA) St Edmund Hall, Oxford (MPhil) | 2009 | Cos Cob | 1966 |
| Connecticut 5 | Jahana Hayes | Democratic | Teacher | Naugatuck Valley Community College Southern Connecticut State University (BA) University of Saint Joseph (MA) University of Bridgeport (SYC) | 2019 | Wolcott | 1973 |
| Delaware at-large | Lisa Blunt Rochester | Democratic | Delaware Labor Secretary, Delaware Personnel Director | Fairleigh Dickinson University (BA) University of Delaware (MA) | 2017 | Wilmington | 1962 |
| Florida 1 | Matt Gaetz | Republican | Florida House of Representatives | Florida State University (BS) College of William & Mary (JD) | 2017 | Fort Walton Beach | 1982 |

**19**

= PAGE 56 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| California 2 | Jared Huffman | Democratic | California State Assembly | University of California, Santa Barbara (BA) Boston College (JD) | 2013 | San Rafael | 1964 |
| California 3 | John Garamendi | Democratic | United States Deputy Secretary of the Interior Various state offices | University of California, Berkeley (BA) Harvard University (MBA) | 2009 (Special) | Walnut Grove | 1945 |
| California 4 | Tom McClintock | Republican | California Senate California State Assembly | University of California, Los Angeles (BA) | 2009 | Elk Grove | 1956 |
| California 5 | Mike Thompson | Democratic | California State Senate | Napa Valley College California State University, Chico (BA, MPA) | 1999 | St. Helena | 1951 |
| California 6 | Doris Matsui | Democratic | Sacramento, California City Council | University of California, Berkeley (BA) | 2005 (Special) | Sacramento | 1944 |
| California 7 | Ami Bera | Democratic | Chief Medical Officer of Sacramento County, California | University of California, Irvine (BS, MD) | 2013 | Elk Grove | 1965 |
| California 8 | Paul Cook | Republican | California State Assembly | Southern Connecticut State University (BS) California State University, San Bernardino (MPA) University of California, Riverside (MA) | 2013 | Yucca Valley | 1943 |
| California 9 | | Democratic | Engineering executive | United States Military | 2007 | Stockton | 1951 |

11

A CP

= PAGE  57  of  63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | Pete Aguilar | | | | | | |
| California 32 | Grace Napolitano | Democratic | California State Assembly | Cerritos College Texas Southmost College | 1999 | Norwalk | 1936 |
| California 33 | Ted Lieu | Democratic | California State Senate California State Assembly | Stanford University (BA, BS) Georgetown University (JD) | 2015 | Torrance | 1969 |
| California 34 | Jimmy Gomez | Democratic | California State Assembly | University of California, Los Angeles (BA) Harvard University (MPP) | 2017 (Special) | Los Angeles | 1974 |
| California 35 | Norma Torres | Democratic | California State Senate California State Assembly Pomona, California | National Labor College (BA) | 2015 | Pomona | 1965 |
| California 36 | Raul Ruiz | Democratic | Emergency physician | University of California, Los Angeles (BS) Harvard University (MD, MPP, MPH) | 2013 | Palm Desert | 1972 |
| California 37 | Karen Bass | Democratic | California State Assembly | San Diego State University California State University, Dominguez Hills (BS) | 2011 | Baldwin Hills | 1953 |
| California 38 | | Democratic | Attorney | University of California, Berkeley (BA) University of California, Los Angeles (JD) | 2003 | Orange | 1969 |

**15**

= PAGE 58 of 63 =

| District | Member | Party | Prior experience | Education | Assumed office | Residence | Born |
|---|---|---|---|---|---|---|---|
| | **Bonnie Watson Coleman** | | | | | | |
| New Mexico 1 | **Deb Haaland** | Democratic | Chair of the New Mexico Democratic Party | University of New Mexico, Albuquerque (BA, JD) | 2019 | Albuquerque | 1960 |
| New Mexico 2 | **Xochitl Torres Small** | Democratic | Attorney | Georgetown University (BA) University of New Mexico, Albuquerque (JD) | 2019 | Las Cruces | 1984 |
| New Mexico 3 | **Ben Ray Luján** | Democratic | New Mexico Public Regulation Commissioner | University of New Mexico New Mexico Highlands University (BA) | 2009 | Santa Fe | 1972 |
| New York 1 | **Lee Zeldin** | Republican | New York Senate | University at Albany, SUNY (BA) Union University, New York (JD) | 2015 | Shirley | 1980 |
| New York 2 | **Peter T. King** | Republican | Hempstead Town Council, Nassau County, New York Comptroller | St. Francis College (BA) University of Notre Dame (JD) | 1993 | Seaford | 1944 |
| New York 3 | **Thomas Suozzi** | Democratic | County Executive of Nassau County, New York, Mayor of Glen Cove, New York | Boston College (BA) Fordham University (JD) | 2017 | Glen Cove | 1962 |
| New York 4 | | Democratic | Nassau County, New York | Catholic University (BA) Touro College (JD) | 2015 | Garden City | 1965 |

**43**

= PAGE 59 of 63 =

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

Name — COUNTY OF ARLINGTON, VIRGINIA
2100 CLARENDON BOULEVARD, #302

Job or Title *(if known)*

Street Address

City and County — ARLINGTON, VIRGINIA   22201
COUNTY OF ARLINGTON, VA

State and Zip Code

Telephone Number — 703-228-3120

E-mail Address *(if known)*

**Defendant No. 2**

Name — HUDSON COUNTY, NEW JERSEY

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — CITY OF NEW YORK ("CITY")

Job or Title *(if known)*

Street Address — NEW YORK, NEW YORK
COUNTY OF NEW YORK

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — NEW YORK COUNTY REGISTRAR

Job or Title *(if known)*

Street Address — NEW YORK, NEW YORK
COUNTY OF NEW YORK

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

= PAGE SIXTY OF 63 =

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy *THE COURT IS HEREBY REQUESTED TO DECIDE THE AMOUNT.*

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

    *LAST EVENT HAPPENED AT: 2100 CLARENDON BOULEVARD, #302 ARLINGTON, VIRGINIA 22201*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

    *DECEMBER 10, 2019 AT APPROXIMATELY 2:30 P.M. (Last event happened on 12/19/2019, at approximately 2:30 P.M.)*

*=PAGE SIXTY-ONE OF 63=*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Plaintiff incorporates Exhibit "ONE" to every issue alleged herein and as deems applicable and to support thereof, and Please note: This Complaint will be amended as soon as possible. Due to time limitations, plaintiff requests to serve this complaint and Request for Injunction by the Sheriff or U.S. MARSHAL'S OFFICE TO EVERY DEFENDANT ALLEGED IN THE CAPTION IN THIS ACTION.

IV.    **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

AS REQUESTED HEREIN, THE CORE ISSUE IN THIS COMPLAINT IS TO STOP THE PROCESS OF IMPEACHMENT OF PRESIDENT DONALD TRUMP as well as the other issues alleged in Exhibit "ONE," as well as Request of INVESTIGATION and CRIMINAL PROSECUTION as deems applicable, and other issues alleged in EXHIBIT "ONE," IS HEREBY REQUESTED.

V.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

UNLIMITED AND THE HONORABLE COURT HEREIN IS HEREBY REQUESTED TO DECIDE, in addition to the injunction requested.

= PAGE SIXTY-TWO OF 63 =

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.   *RESPECTFULLY SUBMITTED,*

Date of signing:   *JANUARY 23, 2020*

Signature of Plaintiff

Printed Name of Plaintiff   *ANTON PURISIMA*
*PLAINTIFF # ONE, PRO SE*
*E-MAIL: ACPURISIMA@HOTMAIL.COM*
*CARE-OFF: 390 NINTA AVENUE,*
*NEW YORK, NY 10001*

### B.   ~~For Attorneys~~

~~Date of signing:~~

~~Signature of Attorney~~
~~Printed Name of Attorney~~
~~Bar Number~~
~~Name of Law Firm~~
Street Address
State and Zip Code
Telephone Number
E-mail Address

*= PAGE SIXTY-THREE OF 63 =*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_ALEXANDRIA_ DIVISION

_ANTON PURISIMA, et. al._
_____
Plaintiff(s),

v.

Civil Action Number: _1:20-CV-00065-LO-JFA_

_COUNTY OF ARLINGTON VIRGINIA, et. al._
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:                    AMENDED COMPLAINT

No attorney has prepared, or assisted in the preparation of _____.
                                                              **(Title of Document)**

_ANTON PURISIMA, pro se_
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _JAN. 23, 2020_ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _N/A_____.
                                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)