EXHIBIT "TWO"

* Copy of: Civil Docket for Case # 1:20-CV-00065-LO-JFA
  (Purisima v. County of Arlington, Virginia, et.al.)
  "ORIGINAL," CERTIFIED COPY
  Three (3) pages Attached herewith
* To support thereof.

ACP
01/23/2020

PRO SE

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:20-cv-00065-LO-JFA

Purisima et al v. County of Arlington, Virginia et al
Assigned to: District Judge Liam O'Grady
Referred to: Magistrate Judge John F. Anderson
Cause: 42:1981 Civil Rights

Date Filed: 01/17/2020
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Anton Purisima**

represented by **Anton Purisima**
390 Ninth Avenue
New York, NY 10001
PRO SE

**Plaintiff**

**United States of America**
*"The USA"*

represented by **United States of America**
PRO SE

**Plaintiff**

**Does 1-100**
*Collectively "Plaintiffs"*

represented by **Does 1-100**
PRO SE

**Defendant**

**County of Arlington, Virginia**
*"Collectively Defendants"*

**Defendant**

**Hudson County, New Jersey**
*"Collectively Defendants"*

**Defendant**

**City of New York**
*"City", "Collectively Defendants"*

**Defendant**

**New York County Registrar**
*"Collectively Defendants"*

**Defendant**

**Democratic Party**
*"Democrats," "Democrat," Political Party, "Collectively Defendants"*

**Defendant**

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____ (signature)
DEPUTY CLERK

**Does 1-5000**
*"Collectively Defendants"*

**Defendant**

**Adam B. Schiff**
*"28 for CA","Collectively Defendants"*

**Defendant**

**Nancy Pelosi**
*"12 for CA", "Collectively Defendants"*

**Defendant**

**42 Democratic Party Congress Members as of 2019**
*"Collectively Defendants"*

**Defendant**

**Tim Kaine**
*"Collectively Defendants"*

**Defendant**

**Mark Warner**
*"Collectively Defendants"*

**Defendant**

**Bob Menendez**
*"Collectively Defendants"*

**Defendant**

**Cory Booker**
*"Collectively Defendants"*

**Defendant**

**Dianne Feinstein**
*"Collectively Defendants"*

**Defendant**

**Kamala Harris**
*"Collectively Defendants"*

**Defendant**

**Chuck Schumer**
*"Collectively Defendants"*

**Defendant**

**Kirsten Gillibrand**
*"Collectively Defendants"*

**Defendant**

**Fourteen (14) U.S. Senators of Democratic Party as of 2019**
*"Collectively Defendants"*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2020 | 1 | COMPLAINT against 42 Democratic Party Congress Members as of 2019, Cory Booker, City of New York, County of Arlington, Virginia, Democratic Party, Does 1-5000, Dianne Feinstein, Fourteen (14) U.S. Senators of Democratic Party as of 2019, Kirsten Gillibrand, Kamala Harris, Hudson County, New Jersey, Tim Kaine, Bob Menendez, New York County Registrar, Nancy Pelosi, Adam B. Schiff, Chuck Schumer, Mark Warner (Filing fee $ 400., not paid), filed by United States of America, Anton Purisima, Does 1-100. (Attachments: # 1 Letter, # 2 Civil Cover Sheet, # 3 1- Exhibit "One throug Exhibit "Four")(acha, ) (Entered: 01/21/2020) |
| 01/17/2020 | 2 | Complaint Continuation-2nd Exhibits "One" through Exhibit "Four" filed by Does 1-100, Anton Purisima, United States of America re 1 Complaint. (Attachments: # 1 Exhibit "One", # 2 Exhibit "Four", # 3 Exhibit "Five", # 4 Exhibit "Six")(acha, ) (Entered: 01/21/2020) |
| 01/17/2020 | 3 | MOTION for Leave to Proceed in forma pauperis Anton Purisima (acha, ) (Entered: 01/21/2020) |
| 01/17/2020 | 4 | MOTION for Pro Se E-Noticing by Anton Purisima. (acha, ) (Entered: 01/21/2020) |