IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTON PURISIMA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-65 |
| ) | |
| COUNTY OF ARLINGTON, et al., ) | Hon. Liam O'Grady |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon Plaintiff's Amended Complaint, Dkt. 5, Motion for Leave to Proceed *in Forma Pauperis*, Dkt. 3, and Motion for *Pro Se* E-Noticing, Dkt. 4.

First, for good cause shown, the Motion for Leave to Proceed *in Forma Pauperis*, Dkt. 3, is hereby **GRANTED**. Second, federal pleading standards require a complaint to state a claim that is plausible on its face and, at a minimum, provide "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a)(2), so as to "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). The Court finds the Amended Complaint fails to meet federal pleading standards and has failed to state a claim. Accordingly, the Amended Complaint is **DISMISSED WITH PREJUDICE**. Plaintiff's Motion for *Pro Se* E-Noticing, Dkt. 4, is **DENIED AS MOOT**.

The Clerk is hereby directed to mail a copy of this Order to Plaintiff forthwith.

It is **SO ORDERED**.

January 24, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge