# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

January 31, 2020

Anton Purisima  
390 Ninth Avenue  
New York, NY 10001

Re:  Addresses Needed for Defendants Listed in Initial Complaint for USMS Service

     Good day to you, Mr. Purisima.  Your filing, was accepted on 1/17/2020; however, in order for us to service the summons and complaint by US Marshall's Service the clerk's office will need to have complete addresses for all listed defendants.  At this juncture, we need addresses for the City of New York and New York County Registrar, as we were unable to locate an address.  We will serve the other defendants in the case, but the remaining defendants will not be served until you provide us with an address to serve.  Enclosed the Clerk's office has provided to you a copy of your initial complaint filed on 1/17/2020 and blank summonses for you to complete and return to our office.  If you have any questions, please do not hesitate to contact the clerk's office on 703-299-2100 or 703-299-2101.

By: _____/s/_____  
        Anitra Chastine  
        Deputy Clerk