IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED AH
2020 FEB -3 P 4:54
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

---

ANTON PURISIMA, et. al.
    PLAINTIFFS,

V.

COUNTY OF ARLINGTON, VIRGINIA, et. al.

    DEFENDANTS.

---

CASE # 1:20-CV-00065-LO-JFA

NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF COURT ORDER (DOCUMENT 6) AND TO REOPEN CASE, PURSUANT TO RULE 60(b)(1)&(6) OF THE FED. R. CIV. P.;

EXHIBITS ATTACHED HEREWITH TO SUPPORT THEREOF;

REQUEST LEAVE OF COURT TO CANCEL ABEYANCE REQUESTED IN DOCUMENT 1;

REQUEST LEAVE OF COURT TO FAST-TRACK THIS ACTION;

REQUEST LEAVE OF COURT THAT SERVICE OF PAPERS IN THIS ACTION MUST START AFTER THE SERVICE OF SUMMONS AND COMPLAINT and/or AT THE SAME TIME WITH SUMMONS AND COMPLAINT; THIS MOTION IS SUPPORTED BY FILED PAPERS RELATED TO THIS ACTION AS WELL AS SUPPLEMENTS FILED IN THIRTY (30) DAYS; NOTICE OF DEFECTIVE CAPTION OF THE ABOVE CASE, THEREFORE, THE ORDER IS DEFECTIVE & CANNOT BE USED (THE "ORDER") — DOCUMENT 6 MUST BE STRICKEN, HEREBY REQUESTED;

Informed pro se litigant of motion hearing filing

ACK/

=PAGE ONE OF 3=

NOTICE THAT EVERY NAMED DEFENDANT ALLEGED IN AMENDED COMPLAINT (DOCUMENT 5) IS A WITNESS IN THIS COMPLAINT (DOCUMENT 1), THEREFORE, PLAINTIFFS' HEREBY REQUESTS FOR AN ORDER TO SUBPOENA EACH NAMED DEFENDANT IN AMENDED COMPLAINT (DOCUMENT 5) IN THIS ACTION TO APPEAR BEFORE THIS HONORABLE COURT AND BE EXAMINED BY THE ATTORNEY GENERAL WILLIAM BAR, IN-PERSON, TO ANSWER EVERY ISSUE ALLEGED IN THIS ACTION; EVERY ISSUE ALLEGED IN CRIMINAL CHARGES FILED AGAINST pro se PLAINTIFF ANTON PURISIMA HEREIN IN CALIFORNIA, PENNSYLVANIA, NEW YORK, NEW JERSEY; EVERY ISSUE ALLEGED IN COMPLAINTS FILED before state and federal agencies in CA, PA, NJ, VA, NY, TX, and District of Columbia; EVERY ISSUE Alleged in CIVIL CASES (State & Federal) filed in CA, PA, NJ, TX, VA, NY Plus District of Columbia; TO ANSWER THE ISSUES AS WELL AS DAMAGES IN THE PHILIPPINES TO pro se PLAINTIFF ANTON PURISIMA's RELATIVES BOTH IN THE PHILIPPINES AND THE U.S.A., AND HEREBY REQUESTED.

=PAGE TWO OF 3=

TO: DEFENDANTS HEREIN AND THEIR ATTORNEYS OF RECORD, AND TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE THAT THIS MOTION IS TIMELY FILED WITHIN TEN (10) DAYS from the Date of the ORDER (Document 6), on JANUARY 24, 2020 BY HONORABLE LIAM O'GRADY. The basis of this motion for Reconsideration of Court Order (Document 6) and to REOPEN CASE HEREIN, is pursuant to RULE 60(b)(1) and (6) OF THE FED. R. CIV. P. as well as this motion is supported by attached exhibits, filed papers separately from related cases to this action, complaints and civil cases related to this action filed separately as well as this motion is supported by Supplements that will be filed in THIRTY (30) Days, from Today's Date (02/03/2020).

Please Take further notice that this motion is supported by other STATUTES that will be filed with supplements Herein.

Please Take further notice that PLAINTIFFS HEREBY REQUESTS That ALL ISSUES ALLEGED IN PAGES "ONE & TWO" ARE TO INCORPORATES HEREIN, AND HEREBY REQUESTED, AND ALL THE ABOVE IS GRANTED AS WELL.

DATED:     FEBRUARY 03, 2020
           ALEXANDRIA, VA

ACP

RESPECTFULLY SUBMITTED,

[signature]

ANTON PURISIMA,
PLAINTIFF #ONE, PRO SE
CARE-OFF: 390 NINTH AVENUE, NY, NY 10001;
CARE-OFF: 39 ERIE STREET, JERSEY CITY, NJ 07302.
E-MAIL: ACPURISIMA@HOTMAIL.COM

ACP
= PAGE THREE OF 3 =