IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

ANTON PURISIMA                          )
                    *Plaintiff,*        )
                                        )
        v.                              )        Civil Action No. 1:20-cv-65
                                        )
COUNTY OF ARLINGTON, et al.,            )        Hon. Liam O'Grady
                    *Defendants.*       )
                                        )

## ORDER

This matter comes before the Court upon Plaintiff's Motion for Reconsideration. Dkt. 11.

Plaintiff moves this Court, pursuant to Rule 60(b)(1) and Rule 60(b)(6), to reconsider the Order

dismissing his case. Under Rule 60(b)(1), a court may relieve a party from a final judgment or

order for mistake, inadvertence, surprise, or excusable neglect. Under Rule 60(b)(6), a court may

do so for any reason justifying such relief, but this Rule "may be invoked in only 'extraordinary

circumstances.'" *Aikens v. Ingram*, 652 F.3d 496, 500 (4th Cir. 2011) (quoting *Liljeberg v. Health

Servs. Acquisition Corp.*, 486 U.S. 847, 863 n.11 (1988)).

Here, Plaintiff incorporated previous filings and has attached summonses to two

Congressional Representatives named as defendants. He has not identified any mistake,

inadvertence, surprise, or neglect, nor has he shown any circumstances which justify relief.

Accordingly, the motion is **DENIED**.

The Clerk is hereby directed to mail a copy of this Order to Plaintiff forthwith.

It is **SO ORDERED**.

February 5 , 2020                                  Liam O'Grady
Alexandria, Virginia                               United States District Judge