IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2020 MAR -2  P 4: 41
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

ANTON PURISIMA, et. al.,
        PLAINTIFFS,
V.
COUNTY OF ARLINGTON, VIRGINIA, et. al.,
        DEFENDANTS.

CASE# 1:20-CV-00065-LO-JFA

NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF FEBRUARY 05, 2020 COURT ORDER (Document 13), PURSUANT TO FED. R. CIV. P. RULE 60(a), RULE 60(b)(1) (SUPPLEMENTS TO PRIOR MOTIONS), and or maybe applied also the RULE 59(d), RULE 59(e), and FED. R. CIV. P. RULE 12(g)(1), RULE 12(f);

EXHIBITS ATTACHED Herewith and To support thereof;

Request that "Proof of Service" of Documents filed by pro se Plaintiff Anton Purisima be delayed until the Service of OR with during the service of Summons & Complaint for every named Defendant in this action;

Pro se Plaintiff Anton Purisima hereby Requests that every issue alleged in this motion as well as every issue alleged in this action be supported by 9 case-law-citations applicable to the issues in pro se Plaintiff's Papers, due to he is not a lawyer and as a "PETITION TO THIS HONORABLE COURT," AND HEREBY REQUESTED AND AS AFFORDED BY THE U.S. CONSTITUTION;

=PAGE ONE OF 3=

<u>TO APPLY THE ABOVE REQUESTS HEREIN AND IN THIS ACTION.</u>

TO THIS HONORABLE COURT:

(1). Please Take notice that this notice of motion and motion for Reconsideration of February 05, 2020 (02/05/2020) Court Order (Document 13) is pursuant to <u>FED. R. CIV. P.</u> RULE 60(a), RULE 60(b)(1) as supplements to prior motions and or maybe applied also the RULE 59(d), RULE 59(e), and also <u>FED. R. CIV. P.</u> RULE 12(g)(1) (JOINING MOTIONS) as well as FED. R. CIV. P. RULE 12(f) (motion to strike) <u>IS TIMELY FILED</u> as Amended within TWENTY-EIGHT (28) DAYS from the date of the Court Order <u>ON FEBRUARY 05, 2020</u>, in this action;

(2). Please Take further notice that the basis of this motion is the above statutes, attached Exhibits, and supported By filed Documents related to this action that were filed separately as well as supported by supplements and documents that will be filed on or about Thirty (30) Days, from <u>TODAY's DATE (March 02, 2020)</u>;

(3). Please Take further notice that the Court Order (DOCUMENT 6), and attached herewith marked (as <u>EXHIBIT "TEN"</u>, IS "DEFECTIVE ON ITS FACE" — There are SEVERAL PLAINTIFFS, IN THIS ACTION), therefore, the DOCUMENT 6 IS DEFECTIVE and Therefore CANNOT BE USED IN THIS ACTION. and hereby Requested. SEE: The Civil Docket Case # 1:20-CV-00065-LO-JFA (ANTON PURISIMA, et.al. V. COUNTY OF ARLINGTON, VIRGINIA, et.al.) Dated: 01/27/2020, and attached herewith marked as Exhibit "ELEVEN", to support thereof. Therefore, document 6 in this action <u>MUST BE STRICKEN, AND HEREBY REQUESTED</u>;

(4). Please Take further notice that the Court Order (DOCUMENT 13) is "DEFECTIVE ON ITS FACE" — There are several Plaintiffs,

= PAGE TWO OF 3 =

IN THIS ACTION, Therefore, Document 13 in this action cannot be used, And MUST BE STRICKEN, And Hereby Requested.

SEE: DOCUMENT 13 in case # 1:20-CV-00065-LO-JFA HEREIN, DEFECTIVE ON ITS FACE, marked as Exhibit "Twelve" and Dated: 02/05/2020 and filed on: 02/05/2020 And attached herewith marked as Exhibit "Twelve";

(5). Please Take Further notice that this motion is supported by other papers filed separately and papers from related cases to this action is supporting this motion, Pursuant to Federal Rules of Civil Procedure Rule 12 (g)(1) (Joining motions), and hereby Requested;

(6). Please Take Further notice that Supplements to this motion will be filed as soon as possible on or about Thirty (30) Days from Today's Date, due to Time limitations and emergency situation of pro se Plaintiff Anton Purisima herein as well as all other issues alleged in this motion, will be addressed therein.

Thank you.

Dated: March 02, 2020
Washington, D.C.

RESPECTFULLY SUBMITTED,

ANTON PURISIMA, Pro se
PLAINTIFF # ONE
C/O: 39 ERIE ST., Jersey City, NJ 07302;
C/O: 390 NINTH AVE., New York, NY 10001.
E-MAIL: ACPURISIMA@HOTMAIL.COM

Attached:
Exhibits "TEN,"
"ELEVEN," and
Exhibit "TWELVE"

= PAGE THREE of 3 =

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
___ALEXANDRIA___ DIVISION

___ANTON PURISIMA, et.al.___
Plaintiff(s),

v.

___COUNTY OF ARLINGTON, VIRGINIA, et.al.___
Defendant(s).

Civil Action Number: __1:20-CV-00065-LO-JFA__

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF FEB.05, 2020 COURT ORDER, ETC._
(Title of Document)

___ANTON . PURISIMA, pro se___
Name of Pro Se Party (Print or Type)

___[signature]___
Signature of Pro Se Party

Executed on: ___MAR. 02, 2020___ (Date)

ACP

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)