In the United States District Court
for the Eastern District of Virginia
Alexandria Division

FILED

ANTON PURISIMA, et.al.

Plaintiff's Name

2020 MAR -2 P 4: 53

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

v.

COUNTY OF ARLINGTON, VIRGINIA, et.al., Civil Action No. *(Enter Civil Action Number)* 1:20-CV-65-LO/JFA

Defendant's Name

## NOTICE

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* MARCH 13, 2020, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* MOTION FOR RECONSIDERATION OF FEB. 05, 2020 COURT ORDER, ETC.

_____
*(Signature)*

ANTON PURISIMA, ET. pro se
*(Printed Name)*
Address
Telephone Number

C/O: 390 Ninth AVE, New York, NY 10001;
C/O: 39 ERIE ST., Jersey City, NJ 07302
E-MAIL: ACPURISIMA@HOTMAIL.COM