IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTON PURISIMA <br>              Plaintiff, <br><br> v. <br><br> COUNTY OF ARLINGTON, et al., <br>              Defendants. | Civil Action No. 1:20-cv-65 <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court upon Plaintiff's second Motion for Reconsideration. Dkt. 16. Plaintiff moves this Court, pursuant to Rules 12, 59, and 60 of the Federal Rules of Civil Procedure, to reconsider or strike its previous Orders in this case.

For the reasons stated in the Order of February 5, 2020, the Court declines to do so. Further, the Court notes that although Plaintiff represents that there are other plaintiffs in this action, the Complaint was signed and certified only by him. Further still, to the extent that Plaintiff invokes Rule 60(a), "a mistake may be corrected only with the appellate court's leave," because an appeal has been docketed. Fed. R. Civ. P. 60(a).

Accordingly, the motion is **DENIED**.

The Clerk is hereby directed to mail a copy of this Order to Plaintiff forthwith.

It is **SO ORDERED**.

March 4, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge