FILED: June 19, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1111
(1:20-cv-00065-LO-JFA)

_____

ANTON PURISIMA

       Plaintiff - Appellant

and

UNITED STATES OF AMERICA, "The USA"; DOES 1 - 100, Collectively "Plaintiffs"

       Plaintiffs

v.

COUNTY OF ARLINGTON VIRGINIA, "Collectively Defendants"; HUDSON COUNTY, NEW JERSEY, "Collectively Defendants"; CITY OF NEW YORK, "City", "Collectively Defendants"; NEW YORK COUNTY REGISTRAR, "Collectively Defendants"; DEMOCRATIC PARTY, "Democrats," "Democrat," Political Party, "Collectively Defendants"; DOES 1-5000, "Collectively Defendants"; ADAM B. SCHIFF, "28 for CA","Collectively Defendants"; NANCY PELOSI, "12 for CA", "Collectively Defendants"; 42 DEMOCRATIC PARTY CONGRESS MEMBERS AS OF 2019, "Collectively Defendants"; MARK R. WARNER; BOB MENENDEZ, "Collectively Defendants"; CORY BOOKER, "Collectively Defendants"; DIANNE FEINSTEIN, "Collectively Defendants"; KAMALA D. HARRIS, Democratic; CHUCK SCHUMER, "Collectively Defendants"; KIRSTEN GILLIBRAND, "Collectively Defendants",Democratic; FOURTEEN (14) U.S. SENATORS OF DEMOCRATIC PARTY AS OF 2019, "Collectively Defendants"

       Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to reopen, the court grants the motion, recalls the mandate and reinstates the case to the active docket.

    For the Court--By Direction

    <u>/s/ Patricia S. Connor, Clerk</u>