FILED: November 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1111
(1:20-cv-00065-LO-JFA)

_____

ANTON PURISIMA

       Plaintiff - Appellant

and

UNITED STATES OF AMERICA, "The USA"; DOES 1 - 100, Collectively "Plaintiffs"

       Plaintiffs

v.

COUNTY OF ARLINGTON VIRGINIA, "Collectively Defendants"; HUDSON COUNTY, NEW JERSEY, "Collectively Defendants"; CITY OF NEW YORK, "City", "Collectively Defendants"; NEW YORK COUNTY REGISTRAR, "Collectively Defendants"; DEMOCRATIC PARTY, "Democrats," "Democrat," Political Party, "Collectively Defendants"; DOES 1-5000, "Collectively Defendants"; ADAM B. SCHIFF, "28 for CA","Collectively Defendants"; NANCY PELOSI, "12 for CA", "Collectively Defendants"; 42 DEMOCRATIC PARTY CONGRESS MEMBERS AS OF 2019, "Collectively Defendants"; MARK R. WARNER; BOB MENENDEZ, "Collectively Defendants"; CORY BOOKER, "Collectively Defendants"; DIANNE FEINSTEIN, "Collectively Defendants"; KAMALA D. HARRIS, Democratic; CHUCK SCHUMER, "Collectively Defendants"; KIRSTEN GILLIBRAND, "Collectively Defendants",Democratic; FOURTEEN (14) U.S. SENATORS OF DEMOCRATIC PARTY AS OF 2019, "Collectively Defendants"

       Defendants - Appellees

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*