FILED: December 29, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1111
(1:20-cv-00065-LO-JFA)

_____

ANTON PURISIMA

      Plaintiff - Appellant

and

UNITED STATES OF AMERICA, "The USA"; DOES 1 - 100, Collectively "Plaintiffs"

      Plaintiffs

v.

COUNTY OF ARLINGTON VIRGINIA, "Collectively Defendants"; HUDSON COUNTY, NEW JERSEY, "Collectively Defendants"; CITY OF NEW YORK, "City", "Collectively Defendants"; NEW YORK COUNTY REGISTRAR, "Collectively Defendants"; DEMOCRATIC PARTY, "Democrats," "Democrat," Political Party, "Collectively Defendants"; DOES 1-5000, "Collectively Defendants"; ADAM B. SCHIFF, "28 for CA","Collectively Defendants"; NANCY PELOSI, "12 for CA", "Collectively Defendants"; 42 DEMOCRATIC PARTY CONGRESS MEMBERS AS OF 2019, "Collectively Defendants"; MARK R. WARNER; BOB MENENDEZ, "Collectively Defendants"; CORY BOOKER, "Collectively Defendants"; DIANNE FEINSTEIN, "Collectively Defendants"; KAMALA D. HARRIS, Democratic; CHUCK SCHUMER, "Collectively Defendants"; KIRSTEN GILLIBRAND, "Collectively Defendants",Democratic; FOURTEEN (14) U.S. SENATORS OF DEMOCRATIC PARTY AS OF 2019, "Collectively Defendants"

Defendants - Appellees

---

## M A N D A T E

---

The judgment of this court, entered September 28, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*